Aaron Alan Falls
FULL NAME

Same
COMMITTED NAME (if different)

CSP Solano Level III/Fac A BLD 6
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O Box 4000 (2100 Peabody RD)

Vacaville , CA 95696
PRISON NUMBER (if applicable)

BH-6927

FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AARON ALAN FALLS ,

                                                    PLAINTIFF,

                    v.

COUNTY OF RIVERSIDE , ET , AL ,

                                                    DEFENDANT(S).

CASE NUMBER

5:19-cv-02311-JLS-ADS
*To be supplied by the Clerk*

**FIRST AMENDED**
**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____ n/a _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

   If your answer is no, explain why not _____ n/a  see complaint _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes    ☐ No

   If your answer is no, explain why not _____ n/a _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  AARON ALAN FALLS
(print plaintiff's name)

who presently resides at C.S.P. SOLANO PO BOX 4000, VACAVILLE CA. 95696
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
cois byrd det. fac., cty. riverside 4000 ORANGE ST. RIVERSIDE CA
92501 (PLEASE SEE ATTACH 2 A)
(institution/city where violation occurred)

Cell # B 12

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### *Please Print Clearly (Favor De Escribir Claramente)*

B1172

☐ Blythe Jail          ☐ Indio Jail          ☐ RPDC          ☐ SCF          ☒ CBDC

**From** (*Departe De*): Falls Aaron A        2010045645        10-15-18
  Name (Last, First, Middle)                    Booking Number         Date
  (*Apellido, Nombre, Segundo Nombre*)         (*Número de Preso*)     (*Fecha*)

**Grievance is about** (*Queja*):  ☒ Jail Procedures (*Procedimientos de la Cárcel*)   ☒ Jail Conditions (*Condiciones de la Cárcel*)
  ☐ Jail Staff (*Personal de la Carcel*)   ☒ Medical (*Medico*)   ☐ Mental Health (*Salud Mental*)
  ☐ Other (*Otra Queja*)_____

Date and time of incident (*Fecha y Hora de el Incidente*): Oct 5 2018

Describe the reason for your grievance, in your own words.  Please be specific.  (*Use additional sheets if necessary.*)
(*Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.*)

ON 10-5-18 WHILE Heading down Allesandro to the HOJ
The Sheriffs bus in which I was a passenger, struck and was
involved in a major collision. At that time, I'd rec. several
injuries, one being a broken tooth, with no way to stop
forward momentum due to waist chains & handcuffs, I struck
an object face 1st, breaking 2 teeth, I saw dental. Yet Im having
severe neck and back pain and Im trying to get med. attention

Inmate Signature: _____

Received by: Sgt. McClellan 3446      10/00/18      0733
  Employee Name and ID number                Date          Time

**Recommendations / Resolution:**
Staff (Deputies) have ignored the attempts to get medical attention.
Medical slips, have been put in w/o regards to health issues.

_____

Forwarded to Medical - Inmate claims he has filled out
Med reg. slips but is not being pulled out for sick call

Supervisor: C. Sgt. Corn      10/11/18      1341
  Supervisor Name and ID number           Date          Time

**Supervisor Findings:**
See Medical Response

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

REFUSED          10/15/18          C. Sgt. Corn          ~3196
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
                Yellow – Facility Commander
                Pink – Inmate Copy
                Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # 19 JL

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail   ☐ Indio Jail   ☐ RPDC   ☐ SCF   ☒ CBDC  10.6.18

**From** (Departe De): Falls Aaron A        201645695  10.6.18
Name (Last, First, Middle)      Booking Number      Date
(Apellido, Nombre, Segundo Nombre)   (Número de Preso)   (Fecha)

Grievance is about (Queja): ☒ Jail Procedures (Procedimientos de la Cárcel)  ☒ Jail Conditions (Condiciones de la Cárcel)
☒ Jail Staff (Personal de la Cárcel)  ☒ Medical (Medico)  ☐ Mental Health (Salud Mental)
☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): 10.4.18 — 10.5.18

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.)

ON 10.4.18, There was an accident with the Transport Bus to court, I was injured in that accident, since then I've been trying to get medical (10.5.18) about this headache, blurred vision, neck, and back pain, I spoke with a nurse today that said I refused to see them yet I was never called out. The negligence will be Reported to Internal affairs & bureau of professional standards

Inmate Signature: Falls Aaron

Received by: C 567 Ancion   ____   10.06.18   1235
Employee Name and ID number   Date   Time

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: C. 567 rcsn   596   10/11/18   1344
Supervisor Name and ID number   Date   Time

Supervisor Findings:
Duplicate Grievance original Dated 100618 @ 0842
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

REFUSED   10.15.18   C. 567 rcsn   596
Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### *Please Print Clearly (Favor De Escribir Claramente)*

☐Blythe Jail   ☐Indio Jail   ☐RPDC   ☐ SCF   ☒CBDC

From *(Departe De):* Falk, Aaron L.   201550155

Name (Last, First, Middle)   Booking Number   Date
*(Apellido, Nombre, Segundo Nombre)*   *(Número de Preso)*   *(Fecha)*

Grievance is about *(Queja):*   ☒Jail Procedures *(Procedimientos de la Cárcel)*   ☒Jail Conditions *(Condiciones de la Cárcel)*

☒Jail Staff *(Personal de la Carcel)*   ☒Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):* 10/4/18 ~ 10:58 ??

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

On 10/4/18 there was an accident where lumber ...
... cart, I was brought in for accident, since then I've ...
... been having bad medical (10:58:18) about this he ...
... blurred vision, neck and back pain. I have written ...
... almost today, but didn't refused to see them ...
... yet. I was never called. out the am I will ...
... I have ...

Inmate Signature: _____

Received by: _____
Employee Name and ID number                Date                Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____   10/11/18   13:17
Supervisor Name and ID number                Date                Time

Supervisor Findings:
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   10/11/18   _____   _____
Inmate Signature at completion      Date      Reviewing Deputy      ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ Indio Jail      ☐ RPDC      ☐ SCF      ☒ CBDC

**From** (Departe De): _Falls, Adam A_____     _201040095   Oct 7 2018_
  Name (Last, First, Middle)                Booking Number        Date
  (Apellido, Nombre, Segundo Nombre)        (Número de Preso)    (Fecha)

**Grievance is about** (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)   ☒ Medical (Medico)   ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

**Date and time of incident** (Fecha y Hora de el Incidente): _Oct. 4 2018 continuing torture_

**Describe the reason for your grievance, in your own words. Please be specific.** (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_This grievance is concerning a bus accident_
_in which I was a passenger of RSD transp_
_enroute to law. Hall of justice. In being a_
_victim of this accident due to Riverside Dept_
_negligence to vehicle code regarding safety restraints_
_for passengers, Medical Negligence toward injuries to_
_face, dental, neck and back injuries, & persistant pain_

**Inmate Signature:** _____

**Received by:** _C SGT Ferguson 4417_     _10-5-18_     _1835_
  Employee Name and ID number                Date          Time

**Recommendations / Resolution:**

_THESE Transportation Busses are over-crowded_
_with a design at Maximum Seating Capacity so as_
_to receive larger per capita transp. funds with No concern_
_for safety issues. DOUBLE, TRIPLE and waist chains should_
_be illegal during transp._

**Supervisor:** _C Sgt Ferguson 4417_     _10/11/18_     _1350_
  Supervisor Name and ID number              Date          Time

**Supervisor Findings:**
_SEE MEDICAL RESPONSE_
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_REFUSED_     _10/11/18_     _C Sgt. Fer._     _4417_
Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

**Distribution:**   White – Inmate Booking File
                     Yellow – Facility Commander
                     Pink – Inmate Copy
                     Goldenrod – Inmate Receipt

_Please see attached pages_

RSD Form 559 (Rev. 06/06/18)     _Numbered 1-9_

ATTACHMENT TO
GRIEVANCE FORM / STAFF & Medical
and
DECLARATION BY Aaron Falls

ON OCT 4 2018, during transportation, the
vehicle in which I was in struck another
vehicle which resulted in injuries being
sustained by myself and several other
passenger on that same bus.

In sustaining injuries received due to
this collision, there have been, and
continue to be acts of negligence by
the Riverside Sherriffs Dept.

1. Injuries recieved to the head and
neck area include.

A. due to No safety restraints/seat belts
in vehicle
B. due to waist chain restraints and
hand cuffing to the waist

I was unable to stop forward momentum
Impact injuries resulting in the breaking
of an incisor tooth (upper right side of
mouth). This tooth is broken at the
root, and still attached at the Gum,
Significant pain in that area due to breakage

Pg 1

ATTACHEMEN TO Grievance by A. Falls # 201645695

Declaration by Aaron Falls

1

2  during this forward momentum impact

3  I struck face first INTO J STEEL lin, x

4  1 in. box tube frame which is a door

5  frame built to compartmentalize the

6  over crowded seating of transportation

7  busses used by the county.

8

9  In striking this steel frame I have

10 received an injury to my right eye

11 which has resulted in extreme pain

12 behind my right eye ball radiating

13 outwards to the bridge of my nose

14 area / between my eyes, pain radiating

15 to the right side of my right brow

16 area (lower forehead / Brow), and pain

17 radiating out to my right temple

18 area, going further, along the

19 right side cranial ridge progressing

20 to the back of my skull, base of the

21 skull where the neck meets the base.

22

23 Beginning OCT. 5 2018, This eye, face,

24 skull, neck, and back pain began and

25 was 1st noticed upon waking the

26 morning of the 5th. These pains also

27 include and in addition to I have

Pg 2

ATTACHMENT TO GRIEVANCE by A. Falls #2016US6915

Blurred vision in my right eye
which was not prevelant prior
to striking this steel frame.

Since this accident occurred, the
only medical attention received
has been an initial intereview at
the Riverside Court holding / Intake
/ and transportation area of the
Jail, and an initial seeing by the
attendant Nursing staff at Cois
Byrd Detention facility, where
I have consistantly been told there
is nothing staff here can do.

Negligence, in this matter concerning
medical issues are towards the
Health and Safety of inmates and
injuries sustained while in the
custody of RSD, transportation
and their care.

Occillari and Cranial injuries are
serious concerns and require
medical - A DOCTORS ATTENTION
immediately, to include MRI to
ascertain the degnee of injuries sustained

3

Persistant and on going pain
in these areas is a cause
for concern, along with Neck
back injuries and pain consistant
with whiplash, facial trauma,
Dental and Oral damage and
trauma all require a doctors
attention and by not providing
such to this moment, even after
several Medical request. forms
have been submitted is indeed
medical negligence and a denial of
the 14th Immendment constitutional
right of Equal Protection under
the law, and in violation of
Medical Practice and procedure per
Title 15, 18, and 23.

Negligence by the Sherrifs Dept in
this matter is a greivous concern
and needs to be addressed
immediatly in both the Medical negligence
and Departmental Negligence of
both parties.

4

ATTACHMENT TO GRIEVANCE BY A. Falls 201845695

This same informations has been forwarded via Legal Mail to

Riverside County Bereau of Professional Conduct.

Riverside County Internal Affair

Telephonically to:

Carol Falls, family member
Karen Sitnak friend
Marek Kasprzyk Defense Invest.
John Dorn Attorney at Law
American Civil Liberties Union

It is my request that these medical issues be addressed immediately as there have been several requests made by myself to medical, to Deputies and to Ranking Staff
CPL Wambaugh and
Sgt McLClan

Respectfully
Aaron A Falls
# 201645695 B-72
Cois Byrd Det. Fac.
Murrieta CA 92563

5

ATTACHMENT TO GRIEVANCE by A. Falls 201645695

1  Included in This grievance as follows
2  The Declarations by six other
3  inmates who were as well Passengers
4  on This transportation bus, who
5  as well HAVE NOT Received Medical
6  attention due, following This accident
7  that as well, complain of Pain, &
8  discomfort, Negligence medically, and
9  by denial of Help Requested of the
10  RIVERSIDE SHERRIFS DEPARTMENT and
11  their deputies.

14  Please see additionally attached

16  Declarations, Pages 7. thru

21  Submitted date: Oct. 7, 2018

23  Aaron A. Falls Pro Per
24  Aaron A. Falls

26  Declarations executed on October 7, 2018
27  at C.B.D.C. 30755 B. Auld Rd, Murrieta Ca 92563

Pg 6

1. Declaration of accident on october
2. 4. 2018 on my way to Robert presleys
3. detention center I was engaged in
4. a automobile accident along with
5. others I sustaind injurys to my left
6. Knee and left wrist at the time of
7. the accident. The police, paramedics
8. fire department responded to the scene.
9. They asked us if we were hurt. we
10. said yes and they left the scene
11. and we were carted off to robert
12. presleys where we were seen by a
13. nurse and told we would recieve
14. moltrin later for the pain also
15. photos were taken and statement
16. which if I correct I just stated
17. I wanted medical attention, and
18. than I was sent to the courtroom
19. never did we recieve proper medical
20. attention by a licensed doctor. During
21. the next 24 hrs. Ive felt sore pains on
22. my body with a stiff neck a knot
23. feeling pain on my lower back with
24. a sharp pain on my right elbow. All
25. this is due to the accident with
26. me being in full chain, waist, wrist
27. anckles restraints that resulted in

pg 7

②

1  my injurys. I put medical slips
2  to see the doctor. I was just
3  told I would be put on a list
4  to see the doctor. today is 10.7.18
5  and still have not seen a doctor
6  or back specialist.

               ✗ alfredo Cameron

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

pg 8

1  Declaration by Jacob A. Martinez Booking
2  Number 201835275; CDC # AF8051; Oct 7th 2018
3     On October 4th, 2018 (7:00 AM) en route to court at River-
4  side Hall of Justice I was involved in an accident while
5  in full chains(waiste, ankle, and wrist) that resulted
6  in injuries to my wrist, lower back, knees, and neck
7  that aggrivated as the days have progressed, yet
8  the only medical attention I have recieved was a brief
9  check-up with the nurses here in which I was not at
10 all taken seriously, My X-rays were not taken, An I was
11 given weak pills that do not help. I was also charged
12 $3.00⁰⁰ for a follow-up aswell that should not have been
13 the case based on it was a follow-up. I have been stiff the
14 past two days yet nothing has been taken seriously, all
15 of us involved have been brushed off like it is a joke.
16 I feel we should be compansated for our pain an suffering
17 due to the great neglagance of the Riverside county
18 sheriff department.
19                              X Jacob A. Martinez  10-7-2018
20

pg 9

ADDENDUM TO Grizivance
Dated 10.7.18 by A. Falls

# 201645695

WOULD ALSO REQUEST TO BE
PROVIDED WITH A:

CLAIMS DIVISION: PERSONAL PROPERTY
DAMAGE / Personal Injury Claim
form x6 For records
purposes.

Aaronfall

pg10

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### *Please Print Clearly (Favor De Escribir Claramente)*

☐ **Blythe Jail**       ☐ **Indio Jail**       ☐ **RPDC**       ☐ **SCF**       ☐ **CBDC**

**From** *(Departe De)*: _____     _____     _____

Name (Last, First, Middle)                         Booking Number               Date
*(Apellido, Nombre, Segundo Nombre)*                *(Número de Preso)*          *(Fecha)*

Grievance is about *(Queja)*:   ☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☑ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*   ☑ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente)*: _____

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_____

_____

_____

_____

_____

_____

Inmate Signature: _____

Received by: _____     _____     _____

Employee Name and ID number                              Date                Time

Recommendations / Resolution: _____

_____

_____

_____

_____

Supervisor: _____     _____     _____

Supervisor Name and ID number                              Date                Time

Supervisor Findings: _____

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____     _____     _____     _____

Inmate Signature at completion         Date         Reviewing Deputy              ID Number

**~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:     White – Inmate Booking File
                  Yellow – Facility Commander
                  Pink – Inmate Copy
                  Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # ~~B 1~~

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ Indio Jail      ☐ RPDC      ☐ SCF      ☒ CBDC

**From** *(Departe De):* Falls Aaron Alan        2016045695        10·10·18
  Name (Last, First, Middle)          Booking Number       Date
  *(Apellido, Nombre, Segundo Nombre)*   *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja):*  ☒ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)*   ☒ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):* Oct. 4 2018  to Present

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Oct. 4 2018, I Rec. injuries in abus accident
enroute to RHOJ for Court, Since that
day again I have received minimal medical
attention, which was brought to the Attn. of Judge
Roesel Dept. 51 RivSup Ct., Please see class notes
& court order concerning medical, besides that, I requ.
an MRI for spinal injuries & optomotrist visit, for eye

Inmate Signature: _A.F.L._____

Received by: _____
  Employee Name and ID number          Date        Time

Recommendations / Resolution:

Also Request a Property Damage / Personal Injury
Claim form please. Thank you

_____

FORWARD TO MEDICAL

Supervisor: C. Sgt Cox. ~3196_____   10/15/18   C938
  Supervisor Name and ID number          Date        Time

Supervisor Findings:
SEE MEDICAL RESPONSE

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Refusia        10/15/1.      C. Sgt Cox.       3191
Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
                 Yellow – Facility Commander
                 Pink – Inmate Copy
                 Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # B 12

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail   ☐ Indio Jail   ☐ RPDC   ☐ SCF   ☑ CBDC

From (Departe De): **Falls Aaron A**   **20045695**   **10·11·18**

Name (Last, First, Middle)    Booking Number    Date
(Apellido, Nombre, Segundo Nombre)   (Número de Preso)   (Fecha)

Grievance is about (Queja): ☑ Jail Procedures (Procedimientos de la Cárcel)   ☐ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☑ Medical (Medico)   ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja)

Date and time of incident (Fecha y Hora de el Incidente): **Oct. 4 to present**

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

**Medical has been deducting Funds for Medical
Requests since Oct 4 2018? The reason Im requesting
medical attention is due to a vehicular accident
involving transp- Im requesting a refund on
any & all med slips put in since Oct 4 2018
til issues caused by collision in RSD Transpo vehicle
are resolved**

Inmate Signature: _____

Received by: **CSCF Moore N** ___   **10·12·18**   **0830**
Employee Name and ID number   Date   Time

FALLS
will Be
FOR ____

Recommendations / Resolution:

**Forward to Medical**

Supervisor: **C. 561 cen. ____**   **10/16/__**   **0652**
Supervisor Name and ID number   Date   Time

Supervisor Findings:
~~_____~~   **Falls will Be refunded $7**
**For Medical overcharges**

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   **C. 561 cen.**   **____**
Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
## *Please Print Clearly (Favor De Escribir Claramente)*

☐ **Blythe Jail**       ☐ **Indio Jail**       ☐ **RPDC**       ☐ **SCF**       ☑ **CBDC**

**From** *(Departe De):* _____   _____   _____
Name (Last, First, Middle)                                          Booking Number        Date
*(Apellido, Nombre, Segundo Nombre)*                              *(Número de Preso)*      *(Fecha)*

**Grievance is about** *(Queja):*   ☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*   ☑ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

**Date and time of incident** *(Fecha y Hora de el Incidente):* _____

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_On [illegible] I was seen by Medical Staff in regards to_
_injuries sustained in a transportation accident._
_During this interview I was told by the Doctor that I was_
_being referred to Hospital for CT Scan and ophthalmology_
_during this interview I requested a support brace for my_
_back injuries til further medical. What I received was a compression_
_brace which does nothing for lumbar support._

**Inmate Signature:** _____

**Received by:** _____   _____   _____
Employee Name and ID number                Date                Time

**Recommendations / Resolution:**

_IM requesting a lumbar support back brace which due to_
_lumbar injury I required. Yet compression support which is_
_ineffective towards lumbar support. I have sciatic nerve pain_
_and extreme limited range movement in back, neck, and shoulders_

**Supervisor:** C. Ser Ccn 396 _____   10/22/18   1330
Supervisor Name and ID number              Date        Time

**Supervisor Findings:**
_See Medical Response_

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Refused           10/22/18       C. Ser Ccn        396
Inmate Signature at completion   Date     Reviewing Deputy    ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ *(Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)*

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # ____

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail     ☐Indio Jail     ☐RPDC     ☐ SCF     ☑CBDC

From (Departe De): __Falls Aaron A__   __2016045045__   __10·15·18__
                  Name (Last, First, Middle)       Booking Number      Date
            (Apellido, Nombre, Segundo Nombre)   (Número de Preso)   (Fecha)

Grievance is about (Queja):  ☑Jail Procedures (Procedimientos de la Cárcel)   ☐Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)   ☑Medical (Medico)   ☐Mental Health (Salud Mental)

☐Other (Otra Queja)_____

Date and time of incident (Fecha y Hora de el Incidente): __Oct. 4 2018  to  Present__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

Im requesting follow ups to Dental & Medical
in connection with Oct 4 2018 bus accident and to
be seen concerning Oct 12 2018 accident making
injuries worse.  Dental to repair tooth loss,
Also Requesting a Copy of All medical & Dental
Records in the possession of RSD, Corizon Med, &
Jail medical, Copies of Tort Claim please
Inmate Signature: __Falls__                        Thank you

Received by: __C 567 Fernandez  7143__     __10·15·18__     __1933__
            Employee Name and ID number        Date        Time

Recommendations / Resolution:

Im req med & Dental be provided to me
not my property at no cost. I have a
court ordered indigency order as well

Supervisor: __C. 567 Cor.  3/96__     __10/17/18__     __1533__
         Supervisor Name and ID number      Date        Time

Supervisor Findings:
See Medical Response

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

__REFUSED__     __10/22/18__     __C 567 Cor.__     __3/96__
Inmate Signature at completion   Date     Reviewing Deputy     ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
                Yellow – Facility Commander
                Pink – Inmate Copy
                Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)



County of Riverside
4000 Orange St.
Riverside, CA 92501

10/10/2018 3:33:45 PM Pacific Daylight Time

*BH72*

| | | | |
|---|---|---|---|
| **Patient:** FALLS, AARON | **#:** | 201645695 | **Lang:** |
| **DOB:** 3/12/1969 (Age=49) | **Sex:** | M | **Race:** W |
| **Housing:** SWC-BH72-BH72 | **Court Date:** | | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 11/18/2016 4:50:00 PM Pacific Standard Time | | **Release:** |

## Grievance

| Date Of Grievance: | Date Received: | Date of Response: | |
|---|---|---|---|
| 10/5/2018 | 10/10/2018 | 10/10/2018 | Closed |

Grievance Types:

Dissatisfied with quality of medical care

Description:

Mr. Falls is complaining that he wishes to be examined by a jail medical provider but has not been seen.

Response:

Mr. Falls was examined by a jail physician on 10/9/18 and had diagnostic imaging performed. In addition to this, he was treated by a jail dental provider on 10/9/18. If Mr. Falls has any further medical needs or concerns, he is advised to submit a request for medical care form for further evaluation.

Greivance
Responses while is custody w/ R.S.D
Pages(1-5)



 County of Riverside
4000 Orange St.
Riverside, CA 92501

10/10/2018 3:37:53 PM Pacific Daylight Time

BN72

| | | | | | |
|---|---|---|---|---|---|
| Patient: | FALLS, AARON | #: | 201645695 | Lang: | |
| DOB: | 3/12/1969 (Age=49) | Sex: | M | Race: | W |
| Housing: | SWC-BH72-BH72 | Court Date: | | Type: | |
| Status: | ACTIVE | Booking Date: | 11/18/2016 4:50:00 PM Pacific Standard Time | Release: | |

## Grievance

| Date Of Grievance: | Date Received: | Date of Response: | | Closed |
|---|---|---|---|---|
| 10/6/2018 | 10/10/2018 | 10/10/2018 | | |

Grievance Types:

Duplicate grievance

Description:

Mr. Falls is complaining that he wishes to be examined by a jail medical provider.

Response:

Duplicate grievance - addressed on 10/10/18. Grievance dated 10/5/18.





10/10/2018 3:41:29 PM Pacific Daylight Time

County of Riverside
4000 Orange St.
Riverside, CA 92501

BH72

| Patient: | FALLS, AARON | #: | 201645695 | | Lang: | |
|---|---|---|---|---|---|---|
| DOB: | 3/12/1969 (Age=49) | Sex: | M | | Race: | W |
| Housing: | SWC-BH72-BH72 | Court Date: | | | Type: | |
| Status: | ACTIVE | Booking Date: | 11/18/2016 4:50:00 PM Pacific Standard Time | | Release: | |

## Grievance

Date Of Grievance:      Date Received:      Date of Response:                                          Closed
10/7/2018                  10/10/2018           10/10/2018

Grievance Types:
Duplicate grievance

Description:
Mr. Falls is complaining that he wishes to be examined by a jail medical provider.

Response:
Duplicate grievance - addressed on 10/10/18. Grievance dated 10/5/18.



Case 5:19-cv-02311-JWH-ADS   Document 10   Filed 03/02/20   Page 25 of 79   Page ID #:81



County of Riverside
4000 Orange St.
Riverside, CA 92501

10/12/2018 1:56:14 PM Pacific Daylight Time

βℍ72

| Patient: | FALLS, AARON | #: | 201645695 | | Lang: | |
|---|---|---|---|---|---|---|
| DOB: | 3/12/1969 (Age=49) | Sex: | M | | Race: | W |
| Housing: | SWC-BH72-BH72 | Court Date: | | | Type: | |
| Status: | ACTIVE | Booking Date: | 11/18/2016 4:50:00 PM Pacific Standard Time | | Release: | |

## Grievance

| Date Of Grievance: | Date Received: | Date of Response: | | Closed |
|---|---|---|---|---|
| 10/11/2018 | 10/12/2018 | 10/12/2018 | | |

Grievance Types:
Dissatisfied with quality of medical care

Description:
Mr. Falls is complaining that he has received minimal medical attention and would like an MRI and to see the optometrist.

Response:
Mr. Falls is advised that according to his electronic medical record he has seen and is being followed by medical staff. Mr. Falls is also advised that all treatments,
diagnostic studies, specialty clinic referrals, and medications are ordered at the discretion of the Jail Medical Providers.



10/19/2018 7:52:08 AM Pacific Daylight Time

County of Riverside
4000 Orange St.
Riverside, CA 92501

BH72

| Patient: | FALLS, AARON | #: | 201645695 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 3/12/1969 (Age=49) | Sex: | M | Race: | W |
| Housing: | SWC-BH72-BH72 | Court Date: | 10/19/2018 9:00:00 AM | Type: | |
| Status: | ACTIVE | Booking Date: | 11/18/2016 4:50:00 PM Pacific Standard Time | Release: | |

## Grievance

| Date Of Grievance: | Date Received: | Date of Response: | | Closed |
|---|---|---|---|---|
| 10/11/2018 | 10/18/2018 | 10/19/2018 | | |

Grievance Types:

Dissatisfied with quality of medical care

Description:

Mr. Falls is complaining that he is dissatisfied with the assistive device he was prescribed.

Response:

Mr. Falls was seen by a jail medical prescriber on 10/11/18 and prescribed a supportive device. Mr. Falls is advised that all treatments, diagnostic studies,

specialty clinic referrals, and medications are ordered at the discretion of the Jail Healthcare Provider.



* Auth (Verified) *

Page 1 of 16

 County of Riverside
4000 Orange St.
Riverside, CA 92501

 BH6927



10/29/2018 4:01:59 PM Pacific Daylight Time

## RELEASE SUMMARY (Created on 10/29/2018) 4:01:59 PM Pacific Daylight Time

| | | | | | |
|---|---|---|---|---|---|
| Patient: | FALLS, AARON | #: | 201645695 | Lang: | |
| DOB: | 3/12/1969 (Age=49) | Sex: | M | Race: W | |
| Housing: | RJC-23C8-23C8 | Court Date: | | Type: | |
| Status: | NOT ACTIVE | | | | |

### Reason for Visit:

02/02/2017:

IM SEE IN THE MEDICAL OFFICE FOR NSC RE:

1 REQUESTING FOR ALL ESSENTIA MEDS TO BE RENEWED

2.INMATE REQUESTING EXTRA BLANKET TO ELEVATE LEGS

06/15/2017:

IM seen for f/u, verbalize doing well today, report feeling better since started on isosorbide, said he is exercising everyorther day without difficulty.

Request to be placed on regular diet, said he has cut off everything from commissary, only eat the meals provided here, said he can always remove the desert on his regular tray.

10/18/2017:

48yrs old male here for Lab result. Pt with H/O IVDU (Meth) abuse x 4 yrs never been tested for HepC. Pt is requesting for HepC. Pt denies any bowel or bladder problem. He denies any problem today.

02/03/2017:

MDSC

here to f/u echo. feels well. now able to tolerate strenous exercise without chest pain nor SOB. no leg swelling. Reports that he didn't refuse his cardiology appoinment and wants to attend his next one.

he believes the scale in the lower units is incorrect

also requesting cotton blanket for possible allergy

also requesting eye exam for glasses

08/20/2018:

Patient has pain upper left area.

10/09/2018:

MDSC

Pt here c/o R sided headache radiating from the R forehead to the R postrior neck. He states he hit the R side of his head on a metal pole in a bus. He states he has been having headaches since then. Denies any bruising or swelling on his face. He states he has some blurring of his vision.

He also c/o neck and back pain, both upper and lower described as spasms.

12/06/2016:

IM seen regarding medication refusal. said he does not want to take lasix early in the morning and have to go to the bathroom every 5 minutes. reports and does not want to take it at night and have to go to urinate all night long. does not like to wake up early in the morning to loud noise asking him to come out for pills.

Hx of MI, CHF and diabetes. takes metformin only once daily.

FALLS, AARON 201645695

CReated on 10·29·18 for release to CDCR on 10·31·18

Patient Name: FALLS, AARON ALLEN                                                                      MRN: BH6927
Date of Birth: 3/12/1969 00:00 PST                                          FIN: 10000003911760160BH6927

**\* Auth (Verified) \***

Denies any chest pain, difficulty breathing or SOB. Able to perform daily activities without difficulty, able to exercise and complete 100 push ups in 1 day.

10/25/2018:

patient has pain lower right area.

12/12/2016:

IM seen as referred by RN for medication refusal, IM continues to say he has difficulty coming down from top bunk especially when he is awoken from sleep in the morning for AM medications, said he does not want to break his leg, "I twisted my ankle the other day".

Report he used to wear a lifevest with defibrilator but the company requested to have the vest back and he was being worked up by cardiology for possible ICD implant after 2 previous MIs, and scheduled angiogram. Report occassional chest discomfort, none at this time.

02/01/2018:

MDSC to discuss RUHS Cardiology clinic note recommendation to space benaepril and coreg .

Inmate signed AMA/ refusal today and doesn't want to wake up in am to get medications.

Risks and benefits were explained to inmate for not spacing betablocker and ace inhibitor.

Inmate reports that he did see MD prior to incarceration but was not good about taking required medications

11/21/2016:

Patient seen due to history of DM, HTN, CHF and CAD

Denies any palpitation, chest pain or SOB

Stated history of heart attack 9/15 and 11/15

Requesting for orange shoes due to tingling and numbness on both feet

10/03/2018:

IM seen for RNSC; IM c/o broken tooth with sharp edge, states cutting his cheek and tounge

03/27/2017:

MDSC

cardiology visit went well. they stopped his digoxin and increased his benazepril. he denies SOB and edema. has been exercising hard with no chest pain nor increased fatigue.

10/04/2018:

"My neck hurts and my tooth is broken"

10/09/2018:

patient was complaining he has pain on his upper front tooth.

12/04/2017:

48yrs old male here for F/U missed Cardiology appt on 10-30-17. Pt states he missed his cardiology apt due to court. Pt will like to be seen by the cardiologist. States he is feeling okay today with some period of feeling tired. Normal Bowel/Bladder.

## Active Problem List

| Name | Date Identified | Diagnosed On |
|---|---|---|
| Generalized anxiety disorder | 10/15/2018 12:58 PM Pacific Daylight Time | |
| CHF | 8/29/2016 12:05 PM Pacific Daylight Time | 8/29/2016 12:05 PM Pacific Daylight Time |
| Orange Shoes | 11/21/2016 3:49 PM Pacific Standard Time | |
| KOP Program | 4/4/2017 2:52 PM Pacific Daylight Time | |
| Assistive Device | 10/22/2018 1:10 AM Pacific Daylight Time | |
| Hypertension | 8/18/2015 2:21 PM Pacific Daylight Time | 8/18/2015 2:21 PM Pacific Daylight Time |

FALLS, AARON 201645695

Facility: WSP

**\* Auth (Verified) \***

Page 3 of 16

| Name | Date Identified | Diagnosed On |
|------|-----------------|--------------|
| Hepatitis C | 10/17/2017 1:26 PM Pacific Daylight Time | 10/17/2017 1:26 PM Pacific Daylight Time |
| Chronic viral hepatitis C | 2/2/2018 11:59 AM Pacific Standard Time | |
| Headache | 10/9/2018 4:02 PM Pacific Daylight Time | |
| Pain, unspecified | 10/9/2018 4:02 PM Pacific Daylight Time | |
| Low back pain | 10/9/2018 4:02 PM Pacific Daylight Time | |
| PREA | 11/18/2016 8:47 PM Pacific Standard Time | |
| Gross hematuria | 10/11/2017 4:40 PM Pacific Daylight Time | |
| Abnormal results of liver function studies | 12/15/2016 6:04 PM Pacific Standard Time | |
| Lower Bunk | 12/12/2016 11:11 AM Pacific Standard Time | |
| Unspecified injury of neck, initial encounter | 10/4/2018 12:29 PM Pacific Daylight Time | |

### Active Allergies:

| Name | Reactions |
|------|-----------|
| No Known Drug Allergy | |

### Active Medications:

| Drug | Prescriber | Directions/Complete Sig | SIG | Stamp | Start | Stop |
|------|-----------|-------------------------|-----|-------|-------|------|
| Atorvastatin Calcium Oral | Sameh Sawires | Take 20 mg by mouth once before bedtime for 76 day(s). Dispense 76 tablet. 0 Refill(s) | once before bedtime (QHS) | 10/2/2018 12:31 PM Pacific Daylight Time | 10/3/2018 8:00 PM Pacific Daylight Time | 12/17/2018 11:59 PM Pacific Standard Time |
| Carvedilol Oral | Sameh Sawires | Take 6.25 mg by mouth once before bedtime for 90 day(s). Dispense 90 tablet. 0 Refill(s) | once before bedtime (QHS) | 9/10/2018 1:16 PM Pacific Daylight Time | 9/19/2018 8:00 PM Pacific Daylight Time | 12/17/2018 11:59 PM Pacific Standard Time |
| Spironolactone Oral | Sameh Sawires | Take 25 mg by mouth once before bedtime for 76 day(s). Dispense 76 tablet. 0 Refill(s) | once before bedtime (QHS) | 10/2/2018 12:31 PM Pacific Daylight Time | 10/3/2018 8:00 PM Pacific Daylight Time | 12/17/2018 11:59 PM Pacific Standard Time |
| Isosorbide Mononitrate ER Oral | Sameh Sawires | Take 30 mg by mouth once before bedtime for 76 day(s). Dispense 76 tablet extended release 24 hour. 0 Refill(s) | once before bedtime (QHS) | 10/2/2018 12:31 PM Pacific Daylight Time | 10/3/2018 8:00 PM Pacific Daylight Time | 12/17/2018 11:59 PM Pacific Standard Time |

FALLS, AARON 201645695

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 10000003911760160BH6927

* Auth (Verified) *

Page 14 of 16

**Immunizations Given:**

**Care Plan:**

**Procedures:**

**Future Appointments**

| Appointment Date | Status | Type | Reason |
|---|---|---|---|
| 11/13/2018 | SCHEDULED | Behavioral Health – MD | meds management |
| | | | ***EDIT BY RHARB: CLIENT IS SCHEDULED TO SEE DR A... |
| 10/30/2018 | SCHEDULED | MD Chart Review | review CT L spine |
| 2/5/2019 | SCHEDULED | Chronic Care | CHF, Hepatitis C, Hypertension |

**Social History:**

**Functional Assessment:**

**Follow Up Care Needed:**

Riverside County Regional Medical Center (951) 486-4000 – (10/30/2017 9:30:00 AM - /u CHF. Missed previous appointment due to court.), Riverside County Regional Medical Center (951) 486-4000 – (9/11/2017 8:45:00 AM - Return to cardiology clinic in 6 months from last clinic appt March 2017 visit),

**Dietary Restrictions:**

Regular Diet, Diabetic Diet, Low Sodium (3mg) Diet, Low Sodium (3mg) Diet, Diabetic Diet,

Date of Last Physical: No Physical
Date and Result Last PPD: 11/22/2017-NEGATIVE (0 MM)
Date and Result Last Chest X-ray: No Chest X-ray Comments:
Date of Last Dental: 10/25/2018

FALLS, AARON 201645695

Facility: WSP

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 1000000391176016OBH6927

* Auth (Verified) *

Page 12 of 16

| Service Dates | Status | Appointment Date | Specialty | Reason | Date of Birth | Patient ID | Admission Date | Days In Hospital |
|---|---|---|---|---|---|---|---|---|
| | Scheduled | 3/6/2017 10:00 AM Pacific Standard Time | Cardiology | Cardiomyopathy with CHF. Please send outside records (pg 73-75 from RSMC) with patient that show his previous EF of 15% Refer to Cardiology for re-eval. | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 4/3/2017 9:00 AM Pacific Daylight Time | Optometry | refraction for glasses. also needs eye exam for h/o HTN and DM refraction for glasses, eye exam for h/o HTN and DM | 3/12/1969 | 2010060305142561 | | |
| | Refused | 9/11/2017 8:45 AM Pacific Daylight Time | Cardiology | Return to cardiology clinic in 6 months from last clinic appt March 2017 visit RUHS cardiology clinic | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 11/6/2018 8:30 AM Pacific Standard Time | Ophthalmology | 49y/o M inmate c/o headache after a bus accident.Also, pt being followed by eye clinic about a year ago for glaucoma suspect. visual acuity OU 20/40 OD 20/70 OS 20/40 -1. Please eval and treat. thank you. 49y/o M inmate c/o headache after a bus accident.Also, pt | 3/12/1969 | 2010060305142561 | | |

FALLS, AARON 201645695

Facility: WSP

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 1000000391176016OBH6927

* Auth (Verified) *

Page 13 of 16

| Service Dates | Status | Appointment Date | Specialty | Reason | Date of Birth | Patient ID | Admission Date | Days In Hospital |
|---|---|---|---|---|---|---|---|---|
| | | | | being followed by eye clinic about a year ago for glaucoma suspect. visual acuity OU 20/40 OD 20/70 OS 20/40 -1. Please eval and treat. thank you. | | | | |
| | Scheduled | 7/3/2017 9:00 AM Pacific Daylight Time | Optometry | 1. FU in eye clinic in 3 months ( around 8/4/17) for undil exam, iop check: 2. Obtain HVF 24-2 next available. Per eye clinic visit note on 5/4/17 1. FU in eye clinic in 3 months ( around 8/4/17) for undil exam, iop check: 2. Obtain HVF 24-2 next available. Per eye clinic visit note on 5/4/17 | 3/12/1969 | 2010060305142561 | | |
| | Refused | 10/30/2017 9:30 AM Pacific Daylight Time | Cardiology | f/u CHF. Missed previous appointment due to court. f/u CHF. Missed previous appointment due to court. | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 1/17/2017 9:30 AM Pacific Standard Time | Diagnostic Services | Echocardiogram -Cardiomyopathy - recommended by cardio 01/09/2017 Echocardiogram | 3/12/1969 | 2010060305142561 | | |

FALLS, AARON 201645695

Facility: WSP

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 1000000391176016 0BH6927

**\* Auth (Verified) \***

RN

6592324

STATE OF CALIFORNIA
CDC 7362 (Rev. 83/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME Aaron Falls   CDC NUMBER BH6927   HOUSING D1-127L

PATIENT SIGNATURE   DATE 12 8 18

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Im requesting to see ophtamologist concerning eye injury sustained in vehicular accident on 10/4/2018, struck my eye on a steel door frame when driver slammed on the brakes. I had no way to prevent impact to face - My Eyeball Hurts blurred vision

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 12/10/15 @ 0015   Received by: W

Date / Time Reviewed by RN: DEC 10 2018 0730   Reviewed by: K. Robinson, PN

S:                                        Pain Scale: 1 2 3 4 5 6 7 8 9 10

O:   T:   P:   R:   BP:   WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:   DATE OF APPOINTMENT:

COMPLETED BY   NAME OF INSTITUTION

PRINT / STAMP NAME   SIGNATURE / TITLE   DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Facility: WSP

Patient Name: FALLS, AARON ALLEN                                                                    MRN: BH6927
Date of Birth: 3/12/1969 00:00 PST                                        FIN: 1000000391176016OBH6927

* Modified *

*RN S*

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

6592323
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Aaron Falls | CDC NUMBER BH6927 | HOUSING D1-127L |
| PATIENT SIGNATURE A. Falls | | DATE 11 23 18 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) PAIN IN MY RIGHT EYE, UPPER and lower Neck and back pain. Oct. 4 2018, I was involved in a vehicular accident which caused Neck and back injuries as well as injury to my right eyeball. THIS IS A FOLLOW UP from DIAGNOSTIC or intake.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 11 26 18  06:00 Am | Received by: C. Donson CNA |
| Date / Time Reviewed by RN: 11/26/18  0715 | Reviewed by: |

S:

Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:      P:      R:      BP:          WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

**WSP - Wasco State Prison**

Patient: **FALLS, AARON ALLEN**
DOB/Age/Sex: 3/12/1969  / 50 years      / Male          CDCR: BH6927

---

## *Diagnostic Radiology*

**Report**

degenerative. Correlate clinically. C5-6 arthropathy. Straightening of the typical cervical
curvature. Note: If there is a history of trauma and clinical concern for cervical spine
injury, CT should be considered.

---

| ACCESSION | EXAM DATE/TIME 11/5/2018 00:00 PST | PROCEDURE XR LUMBAR SPINE-4 VWS | ORDERING PROVIDER Pallomina,Malvin FNP | STATUS Auth (Verified) |
|---|---|---|---|---|

**Report**

PATIENT NAME: AARON FALLS
MRN: 11760160
DOB: 03/12/1969
ACCOUNT: 10000003911760160BH6927
ORDERING PHYSICIAN: M Pallomina
Service Date: 11/05/2018

CLINICAL INDICATION: low back pain COMPARISON: None TECHNIQUE: 5 views of the lumbar spine.
FINDINGS: Bilateral L5 pars defects are present which allows for grade 2-3 anterolisthesis
of L5 on S1. There is grade 1 retrolisthesis of L1 on L2. Remaining lumbar vertebra are well
aligned. Severe L5-S1 arthrosis. Mild to moderate disc degenerative changes are present at
the thoracolumbar junction. No compression fracture. No destructive osseous lesions are
seen. The visualized portions of the sacroiliac joints are unremarkable. IMPRESSION: L5 PARS
DEFECTS WITH GRADE 2-3 SPONDYLOLISTHESIS.

---

## *Interventional*

No data exists for this section

---

## *Magnetic Resonance Imaging*

No data exists for this section

---

## *Mammography*

No data exists for this section

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                                Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient:  **FALLS, AARON ALLEN**
DOB/Age/Sex:  3/12/1969  / 50 years       / Male            CDCR: BH6927

| *Orders* |
|---|

### Radiology

**Order: XR LUMBAR SPINE-4 VWS**
Order Date/Time: 11/1/2018 12:55 PDT
Order Start Date/Time: 11/5/2018 10:10 PST
Order Status: Completed            Department Status: Exam Completed      Activity Type: Radiology
End-state Date/Time: 11/5/2018 10:10 PST            End-state Reason:
Ordering Physician: Pallomina,Malvin FNP            Consulting Physician:
Entered By: Pallomina,Malvin FNP on 11/1/2018 12:55 PDT
Order Details: 11/5/18 10:10:00 AM PST, Routine Priority (46-90 days), Once, Reason: low back pain, No, Transport Mode:
Ambulatory, , No, , No, Chronic lower back pain, Override Share Y/N, 01/30/19 23:59:00 PST
Order Comment:

| *Medications* |
|---|

### Documented medications

**Order: benazepril (benazepril 10 mg oral tablet)**
Order Start Date/Time: 10/30/2018 12:04 PDT
Order Date/Time: 10/30/2018 12:04 PDT
Order Status: Completed            Medication Type: Documented
End-state Date/Time: 10/30/2018 12:30 PDT            End-state Reason:
Ordering Physician:            Consulting Physician:
Entered By: Abella,Rowel RN
Order Details: = 1 tab, Oral, Once a day at bedtime
Order Comment:

**Order: ibuprofen (ibuprofen 600 mg oral tablet)**
Order Start Date/Time: 10/26/2018 00:01 PDT
Order Date/Time: 10/30/2018 12:04 PDT
Order Status: Completed            Medication Type: Documented
End-state Date/Time: 10/30/2018 12:29 PDT            End-state Reason:
Ordering Physician:            Consulting Physician:
Entered By: Abella,Rowel RN
Order Details: 1 tab, Oral, BIDAM+PM, PRN as needed for pain
Order Comment:

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820            Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient:         **FALLS, AARON ALLEN**
DOB/Age/Sex:   3/12/1969  / 50 years    / Male        CDCR: BH6927

| *Orders* |
|---|

## Pharmacy

**Order: sertraline**
Order Date/Time: 10/30/2018 12:23 PDT
Order Start Date/Time: 10/31/2018 07:00 PDT
Order Status: Discontinued          Department Status: Discontinued       Activity Type: Pharmacy
End-state Date/Time: 11/12/2018 00:01 PST          End-state Reason:
Ordering Physician: Vega,Glenn Psychiatrist          Consulting Physician:
Entered By: Del Pilar,Oliva Chf Psychiatrist on 10/30/2018 12:23 PDT
Order Details: 50 mg, Oral, Tab, Daily, Administration Type DOT, Order Duration: 30 day, First Dose: 10/31/18 7:00:00 AM PDT, Stop Date: 11/12/18 12:01:00 AM PST
Order Comment:

## Radiology

**Order: XR THORACIC SPINE-2 VWS**
Order Date/Time: 12/7/2018 11:03 PST
Order Start Date/Time: 12/10/2018 10:20 PST
Order Status: Completed          Department Status: Exam Completed       Activity Type: Radiology
End-state Date/Time: 12/10/2018 10:20 PST          End-state Reason:
Ordering Physician: Pallomina,Malvin FNP          Consulting Physician:
Entered By: Pallomina,Malvin FNP on 12/7/2018 11:03 PST
Order Details: 12/10/18 10:20:00 AM PST, Medium Priority (15-45 days), Once, Reason: mid back pain, No, Transport Mode: Ambulatory, , No, , No, Pain, upper back, Override Share Y/N, 01/21/19 23:59:00 PST
Order Comment:

**Order: XR CERVICAL SPINE 2 VWS**
Order Date/Time: 12/7/2018 11:03 PST
Order Start Date/Time: 12/10/2018 10:00 PST
Order Status: Completed          Department Status: Exam Completed       Activity Type: Radiology
End-state Date/Time: 12/10/2018 10:00 PST          End-state Reason:
Ordering Physician: Pallomina,Malvin FNP          Consulting Physician:
Entered By: Pallomina,Malvin FNP on 12/7/2018 11:03 PST
Order Details: 12/10/18 10:00:00 AM PST, Medium Priority (15-45 days), Once, Reason: upper neck back pain, No, Transport Mode: Ambulatory, , No, , No, Pain, upper back, Override Share Y/N, 03/07/19 23:59:00 PST
Order Comment:

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                          Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient Name: FALLS, AARON ALLEN                                                                 MRN: BH6927
Date of Birth: 3/12/1969 00:00 PST                                          FIN: 10000003911760160BH6927

* Auth (Verified) *

Page 12 of 16

| Service Dates | Status | Appointment Date | Specialty | Reason | Date of Birth | Patient ID | Admission Date | Days In Hospital |
|---|---|---|---|---|---|---|---|---|
| | Scheduled | 3/6/2017 10:00 AM Pacific Standard Time | Cardiology | Cardiomyopathy with CHF. Please send outside records (pg 73-75 from RSMC) with patient that show his previous EF of 15% Refer to Cardiology for re-eval. | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 4/3/2017 9:00 AM Pacific Daylight Time | Optometry | refraction for glasses. also needs eye exam for h/o HTN and DM refraction for glasses, eye exam for h/o HTN and DM | 3/12/1969 | 2010060305142561 | | |
| | Refused | 9/11/2017 8:45 AM Pacific Daylight Time | Cardiology | Return to cardiology clinic in 6 months from last clinic appt March 2017 visit RUHS cardiology clinic | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 11/6/2018 8:30 AM Pacific Standard Time | Ophthalmology | 49y/o M inmate c/o headache after a bus accident.Also, pt being followed by eye clinic about a year ago for glaucoma suspect. visual acuity OU 20/40 OD 20/70 OS 20/40 -1. Please eval and treat. thank you. 49y/o M inmate c/o headache after a bus accident.Also, pt | 3/12/1969 | 2010060305142561 | | |

FALLS, AARON 201645695

Facility: WSP

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 10000003911760160BH6927

* Auth (Verified) *

Page 13 of 16

| Service Dates | Status | Appointment Date | Specialty | Reason | Date of Birth | Patient ID | Admission Date | Days In Hospital |
|---|---|---|---|---|---|---|---|---|
| | | | | being followed by eye clinic about a year ago for glaucoma suspect. visual acuity OU 20/40 OD 20/70 OS 20/40 -1. Please eval and treat. thank you. | | | | |
| | Scheduled | 7/3/2017 9:00 AM Pacific Daylight Time | Optometry | 1. FU in eye clinic in 3 months ( around 8/4/17) for undil exam, iop check: 2. Obtain HVF 24-2 next available. Per eye clinic visit note on 5/4/17 1. FU in eye clinic in 3 months ( around 8/4/17) for undil exam, iop check: 2. Obtain HVF 24-2 next available. Per eye clinic visit note on 5/4/17 | 3/12/1969 | 2010060305142561 | | |
| | Refused | 10/30/2017 9:30 AM Pacific Daylight Time | Cardiology | f/u CHF. Missed previous appointment due to court. f/u CHF. Missed previous appointment due to court. | 3/12/1969 | 2010060305142561 | | |
| | Scheduled | 1/17/2017 9:30 AM Pacific Standard Time | Diagnostic Services | Echocardiogram -Cardiomyopathy - recommended by cardio 01/09/2017 Echocardiogram | 3/12/1969 | 2010060305142561 | | |

FALLS, AARON 201645695

Facility: WSP

Patient Name: FALLS, AARON ALLEN
Date of Birth: 3/12/1969 00:00 PST

MRN: BH6927
FIN: 1000003911760160BH6927

* Auth (Verified) *

Page 14 of 16

**Immunizations Given:**

**Care Plan:**

**Procedures:**

**Future Appointments**

| Appointment Date | Status | Type | Reason |
|---|---|---|---|
| 11/13/2018 | SCHEDULED | Behavioral Health – MD | meds management<br>***EDIT BY RHARB: CLIENT IS SCHEDULED TO SEE DR A... |
| 10/30/2018 | SCHEDULED | MD Chart Review | review CT L spine |
| 2/5/2019 | SCHEDULED | Chronic Care | CHF, Hepatitis C, Hypertension |

**Social History:**

**Functional Assessment:**

**Follow Up Care Needed:**

Riverside County Regional Medical Center (951) 486-4000 -- (10/30/2017 9:30:00 AM - /u CHF. Missed previous appointment due to court.), Riverside County Regional Medical Center (951) 486-4000 -- (9/11/2017 8:45:00 AM - Return to cardiology clinic in 6 months from last clinic appt March 2017 visit),

**Dietary Restrictions:**

Regular Diet, Diabetic Diet, Low Sodium (3mg) Diet, Low Sodium (3mg) Diet, Diabetic Diet,

Date of Last Physical: No Physical
Date and Result Last PPD: 11/22/2017-NEGATIVE (0 MM)
Date and Result Last Chest X-ray: No Chest X-ray Comments:
Date of Last Dental: 10/25/2018

FALLS, AARON 201645695

**WSP - Wasco State Prison**

Patient:      **FALLS, AARON ALLEN**
DOB/Age/Sex:   3/12/1969  / 50 years    / Male        CDCR: BH6927

| *Progress Notes* |
| --- |

## Physical Exam

### Vitals & Measurements

**T:** 37 °C (Oral) **HR:** 68 (Peripheral) **RR:** 18 **BP:** 106/63 **SpO2:** 100%
**WT:** 108.86 kg **WT:** 108.86 kg (Wt dosing)
GENERAL: The patient is a well-developed, well-nourished male in no apparent distress.
He is alert and oriented x3.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are
equal, round, and reactive to light and accommodation. Nares appeared normal. Mouth is
well hydrated and without lesions. Mucous membranes are moist. Posterior pharynx clear
of any exudate or lesions.
NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and nondistended. Positive bowel sounds. No
hepatosplenomegaly was noted.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
SKIN: No ulceration or induration present.

Back: Ambulation wnl. Gait is not antalgic. ROM: flexion, extension, lateral bend all wnl with
subjective tenderness on evaluation No spinal tenderness. No paraspinal muscle spasm.
(-)SLR B/L, both seated and supine. Sensory exam in the legs is normal. DTR 2/4 B/L
knees and ankles. Strength is normal 4/5 and symmetric B/L

Bilateral feet show skin without open sores or wounds and without evidence of infection.
Feet have good sensation and pulses are 2+ bilaterally

## Assessment/Plan

1. Health examination of prisoner
   He was encouraged to maintain healthy positive lifestyle, maintain personal hygiene is,
   avoidance of IV recreational drug use, smoking, alcohol use, illicit drug use including
   unprotected sex. Basic laboratory workup-CBC, CMP, lipid panel, hemoglobin A1c were
   ordered and pneumonia vaccination is up-to-date.

Benign essential hypertension
   History of hypertension, stable this time. Will continue with current oral hypertensive
   medication. Dietary modification (low-fat, low-cholesterol, low-salt) routine daily exercises
   to lose weight was encouraged. Chronic care follow-up.

Chronic diastolic CHF (congestive heart failure)
   With history of congestive heart failure, stable this time. Encouraged compliance with
   current medication. He was encouraged to avoid excessive fluid intake as well as
   strenuous activities and exercises that might worsen disease process. Chronic care
   follow-up. Encouraged to complete form 7362 in case symptoms worsen/recurs

Chronic lower back pain
   With chronic mid lower back pain--we will continue with acetaminophen and topical
   capsaicin cream. Was started on

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                    Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient:        **FALLS, AARON ALLEN**
DOB/Age/Sex:  3/12/1969  / 50 years    / Male        CDCR: BH6927

| *Progress Notes* |
| --- |

Ordered:
acetaminophen, 650 mg, Oral, Tab, TID-KOP, Administration Type KOP, Order Duration: 30 day, First Dose: 12/07/18 14:00:00 PST, Stop Date: 01/06/19 13:59:00 PST
capsaicin topical, 1 app, Topical, Cream, Daily-KOP, Administration Type KOP, Order Duration: 30 day, First Dose: 12/07/18 14:00:00 PST, Stop Date: 01/06/19 13:59:00 PST
naproxen, 500 mg, Oral, Tab, BID-KOP, Administration Type KOP, Automatic Refill, Order Duration: 30 day, First Dose: 12/09/18 14:00:00 PST, Stop Date: 01/08/19 13:59:00 PST

Disorder of refraction and accommodation
  With previous history of blurriness of vision with subjective pain--inmate is scheduled for optometry consultation and will follow-up.  He was encouraged to complete form 7362 in case symptoms worsens.

Dyslipidemia
  With history of dyslipemia/hypercholesterinemia--stable this time.  We'll continue with current aspirin and lipid panel and will be reevaluated in the next chronic care follow-up. Conservative treatment with dietary modification, routine daily exercise to lose weight was encouraged.  Chronic care follow-up.

HCV (hepatitis C virus)
  With history of hepatitis C, with fib 4 score of 1.02- stable this time.  We will closely follow-up LFTs.  He was encouraged to avoid hepatotoxic medication, alcohol use, illicit drug use, additional prison tattoos, or recreational drug use including unprotected sex. Basic laboratory workup CBC, CMP and hepatitis C titer were ordered on the next chronic care follow-up.

Type 2 DM:

  With history of type 2 diabetes, stable this time.  Hemoglobin A1c of 5.3.  Dietary modification, routine daily exercise and lose weight was encouraged.  Conservative treatment this time.  We will closely follow-up.

Pain, upper back
  With complaints of upper back pain--he was encourage back exercises and back precaution--x-ray of cervical spine's ordered to rule out any pathology.  Started on acetaminophen 650 mg 3 times a day as needed for pain and topical capsaicin cream  to be applied for localized pain.  He was encouraged to complete form 7362 in case symptoms worsens.  Furthermore he was encouraged to avoid strenuous activities, strenuous exercises, weight lifting, contact sports including martial arts.  X-ray of cervical and thoracic were ordered to rule out any pathology.
Ordered:
acetaminophen, 650 mg, Oral, Tab, TID-KOP, Administration Type KOP, Order Duration: 30 day, First Dose: 12/07/18 14:00:00 PST, Stop Date: 01/06/19 13:59:00 PST
capsaicin topical, 1 app, Topical, Cream, Daily-KOP, Administration Type KOP, Order Duration: 30 day, First Dose: 12/07/18 14:00:00 PST, Stop Date: 01/06/19 13:59:00 PST
XR CERVICAL SPINE 2 VWS
XR THORACIC SPINE-2 VWS

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                      Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient:        **FALLS, AARON ALLEN**
DOB/Age/Sex:   3/12/1969  / 50 years      / Male          CDCR: BH6927

| *Assessment Forms* |
|---|

**Subjective**
<u>7362 Symptom Grid</u>

| *Chief Complaint :* | mid upper back pain | right eye blurring of vision |
|---|---|---|
| *Situation of Onset :* | I/M complaining of constant mid upper back pain, sharp in character aggravated when turning on his sides, with 7/10 pain level. I/M had hx of vehicular accident on 10/4/18 which affected his neck, back and right eyeball which causing blurred vision on the (Comment: affected side. I/M denies any nauses/vomiting, voids regularly and daily bowel movement. [Pascua, Naomi RN - 11/27/2018 15:59 PST] ) | I/M had blurring of vision since 10/4/2018 due to vehicular accident and has a pending optometry consult. |
| Comment | (Comment: I/M back no redness, no swelling, no limtation of ROM, ambulatory steady gait. [Pascua, Naomi RN - 11/27/2018 15:59 PST] ) | (Comment: I/M both eyes no redness, no eye discharge and was not tested for visual acuity and snellen chart is not availlable in the D trailer. [Pascua, Naomi |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                                    Print Date/Time:  4/18/2019 09:02 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**WSP - Wasco State Prison**

Patient:      **FALLS, AARON ALLEN**
DOB/Age/Sex:  3/12/1969  / 50 years    / Male          CDCR: BH6927

## Vital Signs

**Vital Signs**

| Procedure | 11/1/2018<br>12:39 PDT<br>Bamidis,Nenita LVN | 10/30/2018<br>11:54 PDT<br>Abella,Rowel RN | Units | Reference Range |
|---|---|---|---|---|
| Recorded Date<br>Recorded Time<br>Recorded By | | | | |
| Temperature Oral | - | 36.4 | DegC | [35.8-37.3] |
| Temperature Temporal Artery | 37 | | DegC | [36.3-37.8] |
| Peripheral Pulse Rate | 76 | 68 | bpm | [60-100] |
| Respiratory Rate | 18 | 17 | br/min | [14-20] |
| Systolic Blood Pressure | 106 | 112 | mmHg | [90-140] |
| Diastolic Blood Pressure | 68 | 69 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 81 | 83 | mmHg | |

## Pain

**Pain Tools**

| Procedure | 12/7/2018<br>10:53 PST<br>Medina,Kiana LVN | 11/27/2018<br>11:20 PST<br>Pascua,Naomi RN | 11/1/2018<br>12:39 PDT<br>Bamidis,Nenita LVN |
|---|---|---|---|
| Recorded Date<br>Recorded Time<br>Recorded By | | | |
| Pain Present | Yes actual or suspected pain | Yes actual or suspected pain | No actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale | Numeric rating scale | - |
| Numeric Pain Scale | 8 | 8 | - |

| Procedure | 10/30/2018<br>11:54 PDT<br>Abella,Rowel RN |
|---|---|
| Recorded Date<br>Recorded Time<br>Recorded By | |
| Pain Present | Yes actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale |
| Numeric Pain Scale | 8 |

**Acceptable Pain at Rest**

| Procedure | 12/7/2018<br>10:53 PST<br>Medina,Kiana LVN | 11/27/2018<br>11:20 PST<br>Pascua,Naomi RN | 10/30/2018<br>11:54 PDT<br>Abella,Rowel RN |
|---|---|---|---|
| Recorded Date<br>Recorded Time<br>Recorded By | | | |
| Numeric Rating at Rest | 8 | 8 | 5 = Moderate pain |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                    Print Date/Time:   4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient:       **FALLS, AARON ALLEN**
DOB/Age/Sex:  3/12/1969  / 50 years    / Male        CDCR: BH6927

| *Pain* |
|---|

## Acceptable Pain at Rest

| | | | |
|---|---|---|---|
| Recorded Date | 12/7/2018 | 11/27/2018 | 10/30/2018 |
| Recorded Time | 10:53 PST | 11:20 PST | 11:54 PDT |
| Recorded By | Medina,Kiana LVN | Pascua,Naomi RN | Abella,Rowel RN |
| Procedure | | | |
| Acceptable Pain at Rest,Numeric | - | 3 | 5 = Moderate pain |

## Acceptable Pain With Activity

| | | | |
|---|---|---|---|
| Recorded Date | 12/7/2018 | 11/27/2018 | 10/30/2018 |
| Recorded Time | 10:53 PST | 11:20 PST | 11:54 PDT |
| Recorded By | Medina,Kiana LVN | Pascua,Naomi RN | Abella,Rowel RN |
| Procedure | | | |
| Numeric Rating With Activity | 8 | 8 | 8 |
| Acceptable Pain With Activity,Numeric | - | 3 | 6 |

## Primary Pain Assessment

| | | | |
|---|---|---|---|
| Recorded Date | 12/7/2018 | 11/27/2018 | 10/30/2018 |
| Recorded Time | 10:53 PST | 11:20 PST | 11:54 PDT |
| Recorded By | Medina,Kiana LVN | Pascua,Naomi RN | Abella,Rowel RN |
| Procedure | | | |
| Primary Pain Laterality | - | Right | Upper |
| Primary Pain Time Pattern | Constant | Constant | Constant |
| Primary Pain Quality | Aching | - | Sharp |

## Secondary Pain Assessment

| | |
|---|---|
| Recorded Date | 11/27/2018 |
| Recorded Time | 11:20 PST |
| Recorded By | Pascua,Naomi RN |
| Procedure | |
| Secondary Pain Location | Back [f1] |
| Secondary Pain Laterality | Middle [f1] |
| Secondary Pain Quality | Sharp [f1] |
| Secondary Pain Time Pattern | Constant [f1] |

Result Comments
f1:     Secondary Pain Laterality, Secondary Pain Location, Secondary Pain Quality, Secondary Pain Time Pattern
        with 8/10 pain level

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                          Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**WSP - Wasco State Prison**

Patient: **FALLS, AARON ALLEN**
DOB/Age/Sex: 3/12/1969  / 50 years   / Male          CDCR: BH6927

---

### Pain

#### General Pain Assessment

| Recorded Date | 12/7/2018 | 11/27/2018 | 10/30/2018 |
|---|---|---|---|
| Recorded Time | 10:53 PST | 11:20 PST | 11:54 PDT |
| Recorded By | Medina,Kiana LVN | Pascua,Naomi RN | Abella,Rowel RN |
| Procedure | | | |
| General Pain Location | Back | Eye | Back |

---

### General

No data exists for this section

---

### Trauma

#### Chief Complaint

| Recorded Date | 11/1/2018 |
|---|---|
| Recorded Time | 12:39 PDT |
| Recorded By | Bamidis,Nenita LVN |
| Procedure | |
| Chief Complaint | dx |

#### Disposition

| Recorded Date | 12/11/2018 | 11/27/2018 |
|---|---|---|
| Recorded Time | 11:00 PST | 11:20 PST |
| Recorded By | Robinson,Kimberly RN | Pascua,Naomi RN |
| Procedure | | |
| TTA-Disposition To: | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | - | Ambulatory |

---

### Head/Neck

#### Vision Testing

| Recorded Date | 11/1/2018 |
|---|---|
| Recorded Time | 12:00 PDT |
| Recorded By | Bamidis,Nenita LVN |
| Procedure | |
| Eye,Right Visual Acuity | 20/70 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  17025820                               Print Date/Time:  4/18/2019 09:02 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**COUNTY OF RIVERSIDE**      **CLAIM FOR DAMAGES TO PERSON OR PROPERTY**

**INSTRUCTIONS:**
1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:** CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1147, 4080 LEMON ST, 1ˢᵀ FL.
RIVERSIDE, CA. 92502-1147 ' (951) 955-1060

CLAIM#   2018   UM#

OCT 22 2018

CLERK OF THE BOARD OF SUPERVISORS
COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

BY: _____ Deputy

TIME STAMP HERE

**1. FULL NAME OF CLAIMANT**
Aaron Alan Falls #2011045695

**2. MAILING ADDRESS (STREET / PO BOX)**
3825 Chestnolera #406

**CITY** RIVERSIDE   **STATE** Ca   **ZIP CODE** 92509

**HOME TELEPHONE** 951-222-2127   **BUSINESS TELEPHONE**

**3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)**
Oct 4 2018 - Oct 12 2018

**4. WHERE DID DAMAGE OR INJURY OCCUR?**
Please See Attached Pages
STREET   CITY   STATE   ZIP CODE

**5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
Oct 4, 2018 & Oct 12 2018,
RSD TRANSPO Collisions
At Altesandro & Arlington &

Please see Attached Pages

**6. WERE POLICE OR PARAMEDICS CALLED?** ☒ YES ☐ NO

**7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:**

**DATE OF FIRST VISIT** Please See Attached Pages   **PHYSICIAN'S/HOSPITAL'S NAME**

**PHYSICIAN'S/HOSPITAL'S ADDRESS**   **PHONE:**
( )

**8. WHO DO YOU CLAIM THE COUNTY IS RESPONSIBLE?**
Transpo Venicle do not have safety restraint on venicle to protect passengers from sustaining injury in forward momentum impact collisions. Waist chains and being cuffed to the waist and others also denies ability to stop

**9. NAMES OF ANY COUNTY EMPLOYEES AND THEIR DEPARTMENTS INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE)**
NAME Dep. Perez, Driver
TITLE vensal transpo supervisor   DEPARTMENT: Transportation

**10. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

NAME Kenyatta Hearns   PHONE (951) 488-4666
1903 Glow Ponte San Jacinto CA

NAME Alfred Cisneros   PHONE 951-352-3130
ADDRESS 11109 Acheson Way R.V. CA 92505

NAME Jacob Martinez   562-413-6949
ADDRESS 4722 Magnus Way San Diego, CA 91113

**11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)**
Loss of tooth (Front top right), Damage to R eye, reduced eyesight Forward momentum impact
Lumbar, lower back injury, upper & middle back, neck injury consistant with
Please see Attached Pages

**TOTAL DAMAGES TO DATE**   **TOTAL ESTIMATED PROSPECTIVE DAMAGES**
$ Please See Attached

**THIS CLAIM MUST BE SIGNED TO BE VALID.**   **NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)**

**WARNING:**

➤ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➤ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

**12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF**
Aaron Falls   Self
SIGNATURE   RELATIONSHIP TO CLAIMANT

**13. PRINT OR TYPE NAME** Aaron A. Falls   **DATE** 10.12.18

COB 08/27/03 BGS   REVISED: 7/20/2010

PLEASE SEE ATTACHED PAGES
— 1 to 6 — copy of Filed and Attached Requested Pleas

12/6

County Of Riverside Claim For Damages To Person or Property; Form No. COB 06/27/03 BGS
revised 7/20/2010

Notice to: Clerk of the Board of Supervisors
ATTN: CLAIMS DIVISION.

I Declare the following Numbered item to be answers to and in addition to the claim form included with this declaration.

I Declare the following informations to be True and Correct as they are answered on these pages.

Executed on: October 14 2018. in Murrieta Ca 92563

. Full Name of Complainant: Aaron Alan Falls # 201604895

. Mailing address: Home address 3825 Crestmore Rd. #406, C/O - ATTN
Riverside Ca 92509 (951) 222-2127 Carol Falls

a. In Custody Mailing address: 30755 B-Auld Rd. B-72,
Murrieta Ca. 92563

When did damage or injury occur.
A. 1st accident - October 4 2018
B. 2nd accident  October 12 2018

. Where did Damage or Injury Occur
A. 1st accident - I was a Passenger on Riv Sheriffs Dep. transportation Bus enroute to Riverside Hall of Justice for Count. The Accident Occured on Allesandro Ave just past Arlington & Chicago Avenue in Riverside Ca., Teeth loss, neck & back

B. 2nd Accident - I was a Passenger on Riverside Sheriffs Dept. transportation Bus, enroute to Riverside Hall of Justice for Count, and the accident occurred on the Property of the Smith Correctional Facility, transportation loading / off loading and Intake area. 1627 S. Hargrave St. Banning Ca 92220

Neck & back          PAGE 1

CLAIM FOR DAMAGES TO PERSON OR PROPERTY

3. Describe in detail how damage or injury occurred:

A. Accident 1, 10.4.18: Allesandro and Arlington, Riv Ca.

As a passenger on transportation bus Number 3, driven by a Deputy Perez; We were on a downhill grade in the far left lane of traffic heading into the city of Riverside and travelling on Allesandro Ave., and in the approximation of the cross street of Arlington Avenue where Arlington turns into Chicago Ave. To myself and several others it seemed that we were travelling above the posted speed limit in early AM, work/ driving conditions.

I was seated on the passenger side of the bus in the second compartment of the rear section of the vehicle in the, first seat bench, Left seat on the bench immediately behind a steel box tube and expanded metal door frame and Sectional Partition.

The Driver of the bus hit the brakes hard, apparently in attempt to avoid colliding with another vehicle which I could Not see it that moment due to; A; The seating position on the bus, and B; The forward momentum inertia Created by the excessive application of the brakes needed to attempt to avoid the collision and C; Impact with another vehicle and D; due to Waist Chains and Handcuffs I was unable to avoid striking the steel box tube door frame of the partition face first, and impact to Right eye face, and mouth.

B; Accident #2 10.12.18; Smith Correctional Fac.

As a passenger on Riverside Sheriffs Dept. Transportation Bus, departing Smith Correctional, enroute to Riv. Hall of Justice for Court, I was seated on the passenger side of the bus 3rd Compartment 2nd bench inside seat against interior wall of bus.

# CLAIM FOR DAMAGES TO PERSON OVE PROPERTY

; B, Accident 2 Oct 12 2018 Smith Correct. continued.

Departing the loading area of Smith Correctional facilities transportation and intake area, Deputy Barrows, I believe was driving, Deputy Lundy was 2nd on bus, the driver was attempting to pass through an area where construction (New) begins at Smith. This particular area, they have erected Galvanized Steel Gate Posts on either side of the road. The Driver of the bus struck one of the 2 posts while making a left hand turn in an extremely tight turn radius area. Through negligence, lack of Viewing area in the turn, and what appears to be attempted avoidance of building materials obstructing the roadway, the driver struck a post causing forward momentum impact injuries to my neck and back.

e. Were Police on Paramedics called
  a. ACCIDENT 1, Allesandro & Arlington Oct 4 2018
        Yes

  b. Accident 2, Smith Correctional Oct. 12 2018
        No

. IF Physician/Hospital was visited due to injury, include date of First VISIT and Hospital's Name, address and Phone Number:

  a. There was No Hospital visit fun either incident even though there were injuries sustained by passengers at both, and No Doctor /on Nurse seen after Oct 12 2018

  b. Oct 4 2018, Transportation continued to Riv. H.O.J, where there was an interview WITH A NURSE, X RAYS with dental, Nothing more til Oct. 9 2018, when I was taken fun back & Neck XRAYS, Dental and tooth extraction

Page 3

CLAIM FOR DAMAGES TO PERSON OR PROPERTY

This happened & took place at Cois Byrd Det. Facility in Murrieta Ca, on October 9 2018

8. Why do you claim the County is responsible

A. As an inmate, I am under the direct care of the Riverside County Sherrifs Dept.

B. I was a passenger on a Riverside County Transportation vehicle under the Control and Driven by a Deputy Perez, of the Riverside County Sherrifs Dept.

C. Riverside County Sherrifs Dept. transportation vehicles have No type of Passenger Safety Restraints inside the vehicle for inmate passenger Safety.

D. Inmate Passengers on Riverside County Sherrifs Department transportation vehicles are waist chained and hand cuffed to those waist chains, thereby being unable to protect ones self in even the slightest collision.

1. Names of County Employees (and their Departments) involved in Injury or Damage (if Applicable)

A1: Oct 4 2018, Deputy Perez, Driver on said date; Department, Transportation
A2: LT. Elizabeth Vernal, Transportation Supervisor

B1: Oct. 12 2018; Deputy Barracos, Driver    Transpo Dep.Sherrif
B2:       Deputy Lundy  2nd seat     "     "
B3:       LT Elizabeth Vernal Transport Supervisor

Page 4

CLAIM FOR DAMAGES TO PERSON OR PROPERTY

10. WITNESSES TO DAMAGE OR INJURY: LIST ALL
Persons and addresses of persons known to
have information; Oct. 4 2018 incident;

| Name | bk # | Housing Loc. |
|---|---|---|
| A.) Kenyatta Hearns | 201807087 | B4-79 |
| B.) Parric Muncelle | 201819275 | B4-83 |
| C.) Alfred Cisneros | 201743469 | B4-73 |
| *Alfredo Cisneros* | | |
| D) Jacob Martinez | 201835275/CDC#: AF8051 | B4-81 |
| E.) Mack Ivory | 201837241 | B4-94 |
| F.) Jesse McDowell | 201837240 | B4-94 |

home: 21791 SMOKETREE ST. Perris Ca. 92570    951.662.6042
                                                951.437.8034
                                                951.732.8727
‖ Housed at 30755 B-AULD Rd B POD D/R 4         951.732.2737
       MURRIETA CA 92563                         DOB.
   G.) Aaron A. Falls # 201645695    B4-72    03.12.1969
home: 3825 CRESTMORE Rd #406, RIVERSIDE CA 92509 951.222.2127
ATTENTION: CAROL FALLS, Relationship: **Mother**


   OCT. 12 2018 incident;                     DOB.
   A.) Aaron Falls   # 201645695    B4-72    03.12.1969
home: 3825 CRESTMORE Rd #406, Riverside Ca. 92509  951.222.2127
ATTENTION: CAROL FALLS    MOTHER

CLAIM FOR DAMAGES TO PERSON OR PROPERTY

I. LIST DAMAGES INCURRED TO DATE

A. Forward Momentum impact caused damage to Dental; Front Top Right side tooth broken at root and had to be extracted. XRAYS TAKEN

B. EYE INJURY, Right EYE IMPACT TO STEEL BOX TUBE DOOR FRAME CAUSED; diminished and blurred vision in Right eye, pain in and around bridge of nose, Right brow area, and Temple to the back & base of skull, Pain started Oct. 5 2018, and continues to current date of Oct 14 2018, WITH Migraine type Headache, Referred to Opthamology RUHS

C. Neck injury CONSISTANT WITH FORWARD MOMENTUM impact in both OCT 4 2018 and OCT. 12 2018 accidents, Oct. 12 2018, made 1st injury worse, STILL have NOT received medical attention for it

D. UPPER, MIDDLE, and lower back injuries CONSISTANT WITH Forward momentum impact collision X RAYS TAKEN AT COIS BYRD Oct 9 2018 show injuries to lumbar, ARTHRITIS Old, and New Damage. Referred for further CT SCANS AT RUHS Mo.Vly.

NOTHING AS OF YET FOR OCTOBER 12 2018 as far as medical attention. (Please NOTE) Back and Neck pain furthered by 2nd collision.

| TOTAL Damages to Date | TOTAL ESTIMATED prospective Damages |
|---|---|
| $. UNLIMITED/UNKNOWN FURTHER EXAM & TREATMENT Required | $ unlimited/unknown Further Exam and Treatment Required |

| SIGNED Aaron A Falls | Aaron A Falls  10.14.18 |
|---|---|
| Claimant: Self | Self |

- Page 6 -



**RIVCO 1HR**
*risk management*

October 24, 2018

Aaron Falls
3825 Crestmore Road #406
Riverside, CA 92509

| | |
|---|---|
| Claimant | Aaron Falls |
| Date of Loss | 10/12/2018 |
| Our File | 201823505 |
| Subject | Required Data Request |

Dear Aaron Falls:

We would like to take this opportunity to acknowledge receipt of the claim arising from the above referenced incident. Please be advised that this claim has been assigned to Jeff Ashworth, for the purpose of determining liability.

If you were injured in this accident, we must advise you that in 2007, Federal Legislation was passed under 42 U.S.C. 1395y (b)) called the Medicare Medical Secondary Payer Enforcement Act. This act requires you to provide the information requested in the attached form.

Even though you may not have or plan to have a Medicare claim, this legislation requires that we report the information obtained in this letter to Medicare on all potential injury claims for their determination of eligibility matches and their possible right of recovery

The investigation into your bodily injury claim is ongoing, thus, this letter should not be interpreted as an acceptance of liability of your bodily injury claim or acceptance of the lawsuit you may have filed against the County of Riverside.

The information you provide will be used by the County of Riverside as part of a legally required notification to the Federal government. Failure to provide the information requested will delay and may stop the processing of your claim.

This letter will not alter or affect any notices issued by the Clerk of the Board of Supervisors which may include time limit warnings or statute of limitations notification.

Should you have any questions, please contact the undersigned at the number listed below. Please mail this information back to us as soon as possible.

Sincerely,
Jeff Ashworth
Sr. Liability Adjuster
Office (951)955-9453 Fax (951)955-4026

1 | P a g e

on (date or dates) ___10/04/2018___, __20__10/12/2018_____, _____
                                (Claim I)                 (Claim II)                 (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Please see Attachments 2-A Defendants, pages 1 3__ resides or works at
                            (full name of first defendant)

            _____
            (full address of first defendant)

            _____
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2. Defendant __Please attachment 2-A pgs.1,2,3_____ resides or works at
                           (full name of first defendant)

            _____
            (full address of first defendant)

            _____
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3. Defendant __Please see attach. 2-A pgs1,2,3_____ resides or works at
                           (full name of first defendant)

             _____
            (full address of first defendant)

            _____
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**CIVIL RIGHTS COMPLAINT**

4. Defendant <u>Please see attach. 2-A pgs. 1, 2, 3</u> resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): X☒X individual X☒X official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5. Defendant <u>Please see attach. pgs. 1, 2, 3</u> resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): X☐ individual X☐X official capacity.

Explain how this defendant was acting under color of law:

_____

_____

(PLEASE SEE ATTACHMENT PAGE 1, 2 for additional defendants)
(1 - 3)

ATTACHMENT A-A DEFENDANTS 1-99

Defendant 1: The County of Riverside in its individual and

official capacities.

The COunty of Riverside acting under the color of law as

the administrative bodies over the Riverside County Sheriffs Dept

., and their employees , failed in its duty when they allowed

inmates to be transported in county vehicles ie; bus/vans

that donot comply with the California seatbelt restraint laws, in

which they should have known of the elevated risk of injury to

inmates , especially inmates secured by handcuff to waistchains

attached to (2) TWO and (3) THREE otherindividuals at the same

time.

Defendant 2:  Riverside County Sheriffs Dept. in both its

individual and official capacities.

The Riverside County Sheriffs Dept. while acting under color of

law in its capacity as Correctional agent in charge of housing

and transportation of inmate individuals to and from court in

proceedings, failed in its duty to transport safely those in

their custody and care by placing Him (Falls) and then (inmates)

on a county transportation vehicle that does not have any form

of seat belt restraint devices installed for inmate passengers

to minimize injumy injury in an accident scenario.

(1)

ADD COUNTY OF RIVERSIDE ?

RIVERSIDE COUNTY SHERIFFS DEPT. AS #'s 1,2-then

## 2. DEFENDANTS

3 Defendant Alyssa Vernal resides in Riverside County and is employed as a Correction Lieutenant of the Riverside County Sheriff's Department – Green/Gold Team Operations for Transportation. This defendant is being sued in her individual and official capacity.

Alyssa Vernal was acting under color of law in he capacity as Lieutenant of Riverside County Sheriff Department Transportation in charge of safe and secure transportation of inmates in the custody of the Riverside County Sheriff Dept. and failed in her duty when she allowed inmates to be transported in (bus) vehicles that did not comply with California seat belt restraint laws in which she knew or should have known of the elevated risk of injury to inmates, especially when inmates hands are secured with handcuffs secured to waist chains attached to two or three other inmates at the same time.

4. Defendant Maria C. Cudal resides in Riverside County and is employed as a health care provider in the capacity of her profession as a medical doctor. This defendant is being sued in her individual capacity .

Maria C. Cudal was acting under the color of law as a health care provider (physician) when she was deliberately indifferent to Falls medical needs as he suffered injuries from two (2) vehicle accidents and she failed to provide medical care.

5 Defendant Perez resides in Riverside County and is employed as a Deputy of the of the Riverside County Sheriff Department assigned to Transportation as a driver.  This defendant is being sued in his individual capacity.

Perez was acting under color of law when he was the driver transporting inmates in an unsafe vehicle that was not in compliance with California seat belt restraint laws and driving in excess of the posted speed limit  and for high traffic commute conditions injuring numerous inmates in a vehicle accident.

//

//

(2)

B

COURT PAPER
ATE OF CALIFORNIA

## 2. DEFENDANTS

6 Defendant Barrows resides in Riverside County and is employed as a Deputy of the Riverside Sheriff Department assigned to Transportation as a driver. This defendant is being sued in his individual capacity.

Barrows was acting under the color of law when he was the driver transporting inmates in an unsafe vehicle that was not in compliance with California seat belt restraint laws and driving out of control causing him to crash into a pole causing injuries to inmate passengers.

7. Defendant Conn resides in Riverside County and is employed as a Riverside County Deputy Sheriff's Sergeant assigned as Supervisor over administrative housing and medical appeals. This defendant is being sued in his individual capacity.

Conn was acting under the color of law when he failed to properly process Falls' medical and dental appeals, improperly processed appeals interfered with access to medical care when Falls suffered injury in two transportation vehicle accidents resultin in severe injuries in which Falls received no medical care.

// 8. Defendants 8 thru 99 be named as Jane and Jon Doe

//

4

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

~~Fourteenth Amendment~~ protections from "deliberate indifference through the denial and delay of necessary medical treatment

and intentional interference with the processing of medical requests.

PLEASE SEE ATTACHED PAGES ENTITLED "FACTS COMMON TO ALL CAUSES"

Numbered at Bottom 5-13

2:Fourteenth Amendment Medical negligence

3:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

PLEASE SEE ATTACHED PAGES ENTITLED "CAUSES OF ACTION"

Numbered at Bottom (14 - 18)

INCLUDED IN CAUSE OF ACTION MONELL STANDARDS

FACTS COMMON TO ALL CAUSES OF ACTION INCLUDED AS WELL

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

FACTS COMMON TO ALL CAUSES OF ACTION

1  1: At all times mentioned herein Aaron Alan Falls was housed in

2  the Riverside County Jail system in the custody and control

3  of the Riverside county Sheriffs Dept.

4  2: The Riverside County Sheriffs Dept. contracts medical cae in

5  their facilities and are the gatekeepers to all medical requests

6  and greivances.

7  3: The Riveside County Sheriffs Dept. transportation vehicles

8  , in areas provided for inmate holding and transportation

9  (busses and rear compartments of vans0 "DO NOT"have seat belt
   vehicle safety restraints as required by California state safety

10

11  restraint laws.

12  4: At all times mentioned herein Lt. Alyssa Vernal, assigned as

13  Leuitenant of the CCois Byrd Det. fac., housing Mr. Falls

14  , was assigned Supervising Floor Officer for the Green/Gold

15  teams including transportation oversights.

16  5: The transportation team at Riverside County Sheriffs Dept.

17  Policy and security procedure for transporting inmqates to and

18  from court and medical appointments is and was at the time

19  of incident to handcuff detainees, securing the handcuffs to

20  waist chains then chaining those to (2) Two and (3) THREE

21  individuals, providing 2 person seating for 3 and no seat

22  belt safety restraINTS for detainee passengers/

23  The drivers and Lt. are or should be aware of California

24  vehicle safety restraint laws and have the responsibilty to

25  know that a failure to wear a safety restraint creates am

26  elevated risk of harm to detainee passengers.

27  6: on Oct. 4, 2018 at approx. 0600 hrs. duri ng transport of

28  about 30 detaineesenroute to court Driver Cep. Perez was driving

( 5)

1  ON A DOWNHILL GRADE of Allesandro blvd. in the city of riverside

2  , travelling in excess of the speed limit posted. Many Detainees

3  along with Falls had yelled several time requesting Dep. Perez

4  to slow down as he was driving in an unsafe manner. This request

5  was expressley ignored.

6  Moments later Dep. struck  2 vehicles from behing causing a crash

7  which was attending by the Riverside City Police Dept., Riverside

8  county fire dept., AMR rescue.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ~~for Deputy Perez to slowdown, a request which was ignored.~~

2    7) In the intersection of Arlington Avenue where Arlington turns into

3    Chicago Avenue, Deputy Perez driving too fast for morning traffic conditions

4    slammed on the brakes and collided with a Ford Eddie Bauer Edition Bronco.

5    8) Falls was secured to (2) two inmates in a seat on the passenger side of

6    the bus in the second compartment of the vehicle in the first bench seat, left

7    seat on the bench  immediately behind a steel metal box tube and expanded

8    metal door frame and sectional partition which separates inmates. Due to the

9    aist chain restraint secured to handcuffs with no seat belt restraints fixed

10   to the vehicle for use, Falls was unable to protect himself from inertia force

11   and his face and mouth slammed into the metal door frame injuring his right

12   eye, head, neck, suffering back injuries and broke his front tooth loosening

13   it while still attached to the root causing severe pain. Approximately (7)

14   seven other inmates also suffered injuries.

15   9) Riverside Fire Department & EMT arrived along with AMR Ambulance Service

16   to take the occupant of the Ford Bronco to the hospital for emergency care for

17   for his injuries suffered. Riverside Police Department  arrived and investi-

18   gated the scene of the accident, taking the names and booking numbers of

19   injured inmate passengers on the Riverside County Sheriff Transportation bus.

20   10) Upon arrival at the Riverside Court at Cois Byrd Detention Center Falls

21   was interviewed by Dr. Maria Cudal M.D. about his injuries sustained as a

22   result of the vehicle accident. Falls informed Dr. Cudal that he hit his head

23   on the right side, snapped his neck at the base of his skull, injured his back

24   suffered right eye injury, broke his front tooth causing immense pain at the

25   nerve. Dr. Cudal provided Tylenol. No other form of meical care was provided.

26   11) Falls was representing himself in pro persona in California Superior Court

27   case #RIF1601225 and informed the court of the October 4, 2018 vehicle

28   //

7

accident and the potential impact of the sustained injuries would have on litigating the court action with cranial and eye injuries. As a result of the information received by the court, the court issued a court order. Lt. Alyssa Vernal received the court order which required conformation from health care of Falls' physical health and ability to continue court proceedings.

12) Falls filed a inmate grievance form which he dated 10/4/18 – 10/5/18 received by Sgt. Ferguson ID #4417 The grievance pertained to the accident and the fact that he spoke to a nurse who informed him that he was scheduled and called for an appointment earlier in the day but refused. In that dialogue it was confirmed that the housing deputy sheriff's were interfering with Falls medical care. Sgt. Conn ID # 3196 was the supervisor and reviewer of the grievance complaint which was reviewed by him 10/11/18. Sgt. Conn's response was "Duplicate grievance original dated 10/6/18 @ 0842" But this grievance was dated 10/5/18.

13) Falls filed a grievance dated 10/5/18 received 10/6/18 by Sgt. McClellan ID # 3446 alleging, "Staff (deputies) have ignored the attempts to get medical attntion, medical slips, have been put in w/o regards to health issues." Sgt. Conn ID #3196 responded 10/11/18.

14) Falls filed a grievance dated 10/7/18 which contained attached declarations from other inmates involved in the October 4, 2018 vehicle accident Alfred Cisneros #201743467, Jacob A. Martinez #201835275 along with Falls' declaration as attachment alleging bus accident, injuries and failure to provide medical care. Sgt. Conn ID #3196 responded to the girevance on 10/11/18. Sgt. Ferguson ID #4417 was the initial reviewer of the grievance on 10/8/18.

15) At no time did any of the sergeants Ferguson ID #4417, McClellan ID #3446 or Supervisor Sgt. Conn ID #3196 properly respond to the grievances.

//

8

1   The sergeants acted as gatekeepers to prevent the October 4, 2018 accident

2   from being exposed and accepting liability, thus interfering with medical

3   care. The supervisors (Sgt.) responses to all filed grievances stated the

4   same thing; ":See medical responses" without further comment or action.

5       16) On October 10, 2018 Falls filed a grievance informing the deputy sherif

6   gatekeeperes that he informed the Superior Court of Riverside County Judge

7   Kooseci Department 51, of the failure to provide medical care after suffering

8   severe injuries and requested of the sheriffs to inform mdical to provide a

9   MRI for back injuries suffered and to be seen by the optometrist due to eye

10  injury which causes blurry vision and migraine headaches. This particular

11  grievance does not have a sergeant "Received by:" employee name and ID number

12  as per grievance form procedure. Supervisor Sgt. Conn ID #3196 received the

13  grievance and screened it 10/15/18 at 0930 hours. The usual findings "See

14  m3dical response"

15      17) Based upon the fact Falls informed the Superior Court Judge Kooseci of

16  the Sheriff's department interference with and failure to provide medical

17  care during a October 10, 2018 court proceeding, Judge Kooseci issued a court

18  order to investigate the matter.

19      18) On October 10, 2018 Falls was interviewed by Maria C. Cudal, M.D. Jail

20  Physician at Southwest Detention Center jail named changed to Cois M. Byrd

21  Detention Center. Even after this interview with Cudal, M.D. at which time

22  Falls informed her of the severity of the injuries suffered from blunt force

23  trauma of hitting his head causing migraines, eye causing blurry vision, neck

24  back and shoulders causing spinal injuries and pain and broken tooth all

25  Dr. Cudal did was promise to provide Tylenol.

26      Defendants sheriffs and medical staff finally made arrangements on

27  October 11, 2018, seven (7) days after the sheriff department transportation

28  //

9

RT PAPER

1 departments October 4, 2018 vehicle accident. At this time  Maria C. Cudal, M.D

2 informed Falls that he would be referred to the hospital for CT scan and

3 opthamology during this interview. Falls also requested a support brace for

4 his spinal injuries of the lumbar nature due to restricted mobility, sciatic

5 nerve damage, neck and shoulder pain.

6    19) Falls filed a grievance to the deputy sheritts in regards to the medical

7 care interview. Again, this grievance did not have a "Received by:" employee

8 name and ID number accepting responsibility of receiving this document. Sgt.

9 Conn ID #3196 response date 10/22/18, with the same "Supervisor Findings: See

10 medical response". Falls requested a lumbar support back brace, but medical

11 provided a compression support brace. The injuries sustained required more

12 support than provided by the compression brace due to the extreme limited

13 range of motion in the back and spine.

14    20) On October 11, 2018 Lt. Alyssa Vernal interviewed Falls at approx-

15 imately 1700 hours in regards to the Octobe 4, 2018 transportation accident.

16 Lt. Alyssa Vernal initially starts this intervie by asking details ot the

17 accident to which Falls told her, the driver was speeding in a high traffic

18 area, the bus passengers were waist chained together in twos (2's) and threes

19 (3's), wrist restraints to waist chains and that there were no type of

20 vehicle safety restraints available to prevent injury in an accident. Lt.

21 Vernal asked specific details, such as time ot accident, Falls responded

22 October 4, 2018 at approximately 0600 hours on Allesandro Avenue in the city

23 of Riverside enroute to the Robert Pressley Detention Center and court. Falls

24 informed Lt. Vernal that Riverside Fire Department & EMT arrived and that AMR

25 Ambulance Service arrived to take the driver ot the other vehicle to

26 emergency for his injuries and that the Riverside Police Department arrived

27 to take statements and make reports of inmates, taking names and

28    //

1   booking numbers in which Falls and approximately thirty (30) inmates were

2   Lt. Vernal asked what type of vehicle was involved in the accident with the

3   transportation bus? Falls informed her that it was a late 90's Ford Explorer

4   Eddie Bauer Edition , a dark blue or green color with beige trim. The driver

5   of the vehicle was transported by AMR Ambulance Services to the hospital.

6      Lt. Vernal immediately stated, "There was no accident or Ford vehicle in an

7   accident at all!" Then, she asked what injuries Falls sustained in the

8   accident? Falls responded by stating, "I broke my tooth on the metal bar when

9   my face hit the steel frame of the partition, as well as my right eye in the

10  same fashion, that I also sustained neck and back injuries and suffered severe

11  pain, the vision in my right eye is blurry and I have migraines. And, I have

12  not received any medical care for my injuries."

13     Lt. Vernal responded by stating, "You sustained those injuries at other times

14  and that the sheriff's department is not responsible and that you are

15  fabricating everything." Falls responded, "I have kept records of all of his

16  documents concerning his medical and dental prior to the accident, along with

17  grievance forms submitted concerning deliberate indifference to injuries and

18  medical needs and can provide evidence to cover the burden of proof necessary

19  to support his position which is contrary to hers."

20     Lt.Vernal attempted to intimidate Falls with her position in the sheriff's

21  department to change his story to match hers, and instructed several deputies

22  to intimidate him and give him a hard time as well.

23     Then Lt. Vernal attempted to change tactics by asking, "What is it that you

24  want?" Falls responded, "Medical care since the day of the accident (October

25  4, 2018), and an injury claim form that I may submit to the Riverside County

26  Board of Supervisors." Lt. Vernal stated. "I don't know what form you're

27  talking about." Agitated, she departed. A short time later a second deputy

28  //

1 | and took Falls to find a copy of the form. The form was copied and provided to

2 | Falls later that evening.

3 |  22) Falls contacted his family and informed them of the accident and the

4 | failure to provide medical care. Falls Mom spoke with Lt. Alyssa Vernal whose

5 | demeanor was less than professional. Falls Mother simply request that her son

6 | receive medical care for his injuries.

7 |  23) On October 12, 2018 Falls was a passenger on the Riverside Sheriff's

8 | transportation bus enroute to Riverside Hall of Justice for court proceedings.

9 | Deputy Barrows was the driver and Deputy Lundy was 2nd seat Deputy of trans-

10 | portation. Falls was seated on the passenger side of the bus third (3rd)

11 | compartment second (2nd) bench inside seat against interior wall of the bus.

12 | As the bus departed the loading area of Smith Correctional facility's trans-

13 | portation and intake, the driver was attempting to pass through an area where

14 | new construction was being conducted. Galvanized steel gate posts were erected

15 | on either side of the road, the driver of the bus struck one of the posts

16 | while making an extremely tight left turn the vehicle struck a post causing

17 | a sudden abrupt stop throwing the inmates forward in an inertia that caused

18 | Falls to further impact the existing back and neck injuries as he was unable

19 | to protect himself from injury due to no available vehicle safety seat

20 | belt Falls' his full body weight impacted the steel cage hitting his shoulder.

21 |  24) The only medical or dental action provided during the course of the

22 | two respective vehicle accidents October 4, 2018 and October 12, 2018 was an

23 | x-rays for neck and back, and a tooth extraction October 16, 2018 at Cois Byrd

24 | Detention Center.

25 |  25) On October 18, 2018 another CT scan and x-ray was conducted at Riverside

26 | University Health System was conducted.

27 |  26) Falls was sentenced October 19, 2018 for his California Superior Court

28 | //

1    County of Riverside case No. RIF1601225.

2    27) Based upon the Sheriff Departments delayed processing of Falls grievance

3    appeals and Sgt. Conn's failure to interview Falls in regards to his appeals

4    and the results, Sgt. Conn's actions in writing "refused" in place of properly

5    processing the appeals rendered the results and process moot. As a result Falls

6    was never treated for his injuries, never received results of his CT scan and

7    there were  no remedies available to process appeals further, no rules for

8    for higher review of appeals were available in the housing units. Falls' Claim

9    For Damages To Personal Property (see ¶ 22, pg.    ) submitted 10/12/2018, filed

10   10/22/2018 was issued claim number 201823505 with Risk management.

11   28) October 30, 2018 Falls was transferred to Wasco State Prison. Falls filed

12   medical requests in regards to injuries suffered in October 4th and 12th, 2018

13   vehicle accidents and Ct scans and x-rays were taken showing back injuries were

14   apparent and conducted follow-up appointments to be seen by a physician.  Falls

15   is currently under medical care by the California Department of Corrections and

16   Rehabilitation medical Health Care for eye injuries, back injuries and therapy.

17   29) At all times mentioned herein defendants Barrows, Conn, Maria Cudal,

18   Fergurson, Lundy, McClellan and Alyssa Vernal were acting under the color of

19   law.

20   30) Defendants are being sued in their individual personal capacities.

21   //   as well as Their official Capacities.

22   //

23

24

25

26

27

28

D. CAUSES OF ACTION

Count 1: United States Constitution Fourteenth Amend. – Deliberate Indifference to Elevated Risk of Injury – Cruel and Unusual Punishment in Vehicle Accident

32) Plaintiff incorporates by reference ¶¶ 1 through 32 and all causes of action

33) Defendant Deputies Lt. Alyssa Vernal and Perez placed Falls in a elevated risk of injury when they secured him in waist chains and fastened handcuffs to them and his wrist immobilizing his hands then secured him to two (2) other inmates and placed him on a transportation bus that does not have any seat belt restraint devices to prevent injury. Then this elevated hazardous condition of confinement was exacerbated by Deputy Perez' driving in excess of the posted speed limit, ignoring pleas by inmates to slow down and driving too fast for commute traffic on October 4, 2018, causing an accident in which he crashed the bus into a Ford Bronco injuring Falls and other inmates. Falls hit his head and mouth and still suffers eye damage, back and spinal injuries that affect his arms, wrist and legs, and broke his front tooth which had to be extracted.

34) Each defendant, Lt. Alyssa Vernal and Deputy Perez knew or should have known that a transportation vehicle that does not provide a means or measure of safety to prevent injury, i.e., seat belt restraint to prevent injury to its passengers was not fit for use on California highways and roads. In the face of the fact that seat belt restraint is California law Lt. Vernal as supervisor of Green/Gold Transportation Operations had a duty to know the law and intervene instead of placing Falls and approximately thirty inmates in danger. Yet, Lt. Vernal and Perez were deliberately indifferent to inmate safety, trans- porting inmates on vehicles that do not have safety restraint and binding their hands.

35) Defendant Lt. Alyssa Vernal and Deputy Barrows placed Falls in a elevated risk of injury on October 12, 2018 when they secured him in waist chains and fastened handcuffs to them and his wrist immobilizing his hands then secured

//

13

1    him to two (2) inmates and placed him in a transportation bus that did not

2    have any seat belt restraint device to prevent injury. Then this elevated

3    hazardous condition of confinement was exacerbated by Deputy Barrows ran into

4    a post and the abrupt stop caused Falls to his his shoulder and torso against

5    the steel bus reinforcement bar injuring his back in which he already suffered

6    injuries, his groin was injured and compression nerve damage in his spine,

7    cruel and unusual punishment inflicted during bus transportation by Riverside

8    County Sheriff Department Green/Gold Transportation Team Operations supervised

9    by defendant Lt. Alyssa Vernal.

10        36) Each Defendant, Lt. Alyssa Vernal and Deputy Barrows placed Falls in a

11    elevated risk of injury on October 12, 2018 when they knew or should have

12    known that a transportation vehicle that does not provide a means or measure

13    of safety, i.e., seat belt restraint device to prevent injury to its passengers

14    was not fit  for use on California highways and roads. In face of the fact

15    that seat belt restraint is California law, Lt. Vernal as supervisor of Green/

16    Gold Team Transportation Operations had a duty to know the law and intervene

17    in making sure the vehicles were in compliance with California law instead of

18    placing Falls and thirty (30) inmates in danger. Yet, Lt. Vernal and Barrows

19    were deliberately indifferent to inmate safety, transporting inmates in

20    vehicles without restraint devices.  Each defendant had an opportunity to

21    intervene in the dangerous condition of transportation but failed to do so.

22        37) The defendants Lt. Alyssa Vernal, Deputy Barrows and Deputy Perez actions

23    or inactions in transporting Falls in transportation vehicles unsafe for

24    California highway and road conditions resulted in Falls suffering cruel and

25    unusual punishment being slammed into metal bars and cages inside of trans-

26    portation vehicles without seat belt restraint in accidents on October 4, 2018

27    and October 12, 2018 causing Falls to suffer to this day, migraines headahes,

28    //

14

1  broken front tooth that had to be extracted and is permanently loss, hernia

2  requiring a support device, neck, back and spinal injuries which causes pain

3  and tingling of the nerves down the arms and legs requiring wrist and back

4  supportive devices. Falls has been prescribed eyewear due to his permanently

5  distorted blurry vision from hitting his eye on the steel bar during the

6  accidents. Falls injuries require physical therapy which he is unable to do

7  because of the pain it causes him in his back and spinal area.

8  //

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT PAPER
ATE OF CALIFORNIA
O  113 (REV. 6-72)

D. CAUSES OF ACTION

Count 2: United States Constitution Eighth Amendment – Deliberate Indifference to Serious Medical Need – Interference, Denial

38) Plaintiff incorporates by reference ¶¶ 1 through 37 and all causes of action

39) Defendant Deputy Sergeant Conn interfered with Falls grievance appeals by failing to interview Falls ¶ 28, and passing the appeals back and forth beteen defendant Maria C. Cudal, M.D. delaying process resolution of the medical care request. Ultimately Falls was denied medical care after suffering injuries from two (2) transportation vehicle accidents October 4, 2018 and October 12, 2018. Falls suffered from blunt force trauma hitting his head, eye and mouth on metal bar injuring his head, eye, neck and back causing back lumbar injuries, spinal nerve injuries causing loss of feelings in his legs, arms and wrist requiring support braces, eye damage requiring eye wear prescription, cracked front tooth requiring tooth extraction and possible prosthetic, back injury requiring back brace, Falls also has to wear a hernia support brace from the injuries suffered in the two accidents. Falls was denied medial care while under the custody of the Riverside Sheriff Department. Falls suffered unwanton infliction of pain and the defendants who Maria C. Cudal (¶ 11, Lns. 20–25 and appeals), Lt. Alyssa Vernal as supervisor of Green/Gold Transportation Operations (¶ 22), and Sgt. Conn assigned as Supervisor of housing and medical care appeals who reviewed all of the medical care request grievances filed by Falls. Based upon the actions and/or inactions of defendants Conn, Cudal and Vernal in depriving Falls of medical care after suffering serious injuries he suffered unnecessary and wanton infliction of pain. Their knowledge of the injuries and failure to provide medical care was evidence of their deliberate indifference, transferring Falls the the California Department of Corrections & Rehabilitation October 30, 2018.

//

16

1    40) Each defendant Maria C. Cudal, M.D., Lt. Alyssa Vernal, Sgt. Conn,

2    Deputy driver Barrows and Deputy driver ~~Barrows~~ PEREZ had a duty and opportunity to

3    ensure Falls was provided medical care for the serious injuries sustained in

4    bus accidents that occurred on two occasions October 4, 2018 and October 12,

5    2018 resulting in serious bodily injury and unnecessary and wanton infliction

6    of pain which was ignored by defendants deliberate indifference to Falls

7    suffrage when he should have been free from cruel and unusual punishment at

8    the mercy of defendant's care. The defendants ignored his pleas for medical

9    through requests, grievances and court intervention (court mandated inquiry).

10   //

11   //

12

13   NOTE:While Falls Was post trial detainee on Oct.4, 2018
     sentancing had not been done til the 19th of October that
     same year, putting this claim as it is believed, to be a fo

14   urteenth amedmant claim.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

PLEASE SEE ATTACHED PAGES "REQUEST FOR RELIEF"

NUMBERE AT BOTTOM (18)

Feb. 26, 2020
*(Date)*

Aaron Alan-fole
*(Signature of Plaintiff)*

D. REQUEST FOR RELIEF

1   Compensatory Damages: $500,000.00 each Defendant jointly and severally

2   Punitive Damages $100,000 each Defendant jointly and severally

3   Injunctive Relief: Prohibit Riverside County Sheriff Department from

4   transporting inmates in vehicles that do not comply with California seat belt

5   restraint law and issue a Court Order to have all Riverside County

6   transportation vehicles have seat belt restraint installed in compliance with

7   California law,

8   Defendant declare rights of Falls,

9   Defendant pay cost of litigation and/or attorney fees incurred,

10   Demand for Jury trial

11   //

12   //

13                              VERIFICATION

14      I Aaron Alan Falls declare under the penalty of perjury of the laws of the

15   state of California and the United States that I am above the age of majority,

16   competent, have full knowledge of the facts mentioned herein and that they

17   are true and correct, pursuant to 28 U.S.C. § 1746.

18   Date: feb. 26, 2020

19

20                                      Aaron d. Fall

21                              Aaron Alan Falls / Pro Per

22

23

24

25

26

27

28

19

# EXHIBIT COVER PAGE :

EXHIBIT: _____A_____

DESCRIPTON OF THIS EXHIBIT:

NUMBER OF PAGES FOR THIS EXHIBIT: _28_ PAGES

❖ <u>JURISDICTION:</u>   ( CHECK ONLY ONE )

➢  MUNICIPAL COURT

➢  SUPERIOR COURT

➢  APPELLATE COURT

➢  STATE SUPREME COURT

➢  UNITED STATES DISTRICT COURT

➢  UNITED STATES CIRCUIT COURT

➢  UNITED STATES SUPREME COURT

➢  CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢  OTHER: _____

Aaron A. Falls   # BH6927
PO Box 4000, Ab-125 Low
Vacaville Ca. 95696

**PRIORITY MAIL**

TRACKED
INSURED

**UNITED STATES POSTAL SERVICE**

For Domestic and International Use   Label 107R, May 2014

# Legal Mail

**UNITED STATES POSTAL SERVICE**
USPS TRACKING #

9114 9023 0722 4895 6072 80

Label 400  Jan. 2013
7690-16-000-7948

ADS

California State Prison-Solano

United States District Court
Central District of California
Office of the Clerk
255 East Temple St.
Los Angeles Ca. 900__



TAM, L

2/26/2020