1  Aaron A. Falls
2  CSP Solano Lvl III / Fac. A-6-125Low
3  PO Box 4000, 2100 Peabody Rd
4  Vacaville, CA 95696
5  #BH6927
6
7  UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA
9
10 Plaintiff Aaron A. Falls
11           v
12 Defendant County of Riverside ET.AL.
13
14                             Case# 5:19-CV-02311-JLS-ADS
15                             EX PARTE
16                             MOTION TO REQUEST TIME
17                             DUE TO COVID-19; Restrictions
18                             and use of law library
19
20 Plaintiff is requesting an additional 30 days to fully round out
21 the courts request for plaintiff to ammend complaint. Due to
22 COVID-19 Restrictions CSP Solano has run an extremely modified
23 program for all ativities inluding Law Library and access to it.
24 Based on the unavailability to case law, Plaintiff requests a 30
25 day extension.
26
27                                         Aaron Falls #BH6927
28                                         Dated May 24, 2020

1 of 1

AARON A.FALLS #BH6927
PO BOX 4000, A-6 125 L
VACAVILLE CA. 95696



California State Prison-Solano

UNITED STATES DISTRICT COURT
CENTRAL DIVISION
EDWARD R. ROYBAL FEDERAL BLDG. & US COURT

255 EAST TEMPLE STREET

LOS ANGELES CA. 90012

  

Qo Yang / [signature]   87643   5-26-2020