UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:19-02311 JLS (ADS)                                   Date: June 8, 2020

Title:  *Aaron Alan Falls v. Alyssa Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

On May 24, 2020, Plaintiff Aaron Alan Falls constructively filed a Motion to Request Time to file an amended complaint ("Motion for Extension of Time").  [Dkt. No. 14].  Plaintiff requests an additional thirty (30) days to file an amended complaint, which is presently due May 28, 2020, due to limited inmate programming, including limited access to the law library, as a result of precautions to prevent spread of COVID-19.  [Dkt. No. 14].

Good cause being shown, Plaintiff's Motion for Extension of Time is **GRANTED**.  Plaintiff must file an amended complaint by no later than **June 29, 2020**.

**IT IS SO ORDERED.**

Initials of Clerk kh