UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311 JLS (ADS)                                             Date: July 8, 2020

Title:  *Aaron Alan Falls v. Alyssa Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME AS MOOT**

On June 26, 2020, Plaintiff Aaron Alan Falls constructively filed a Request for Extension of Time with attached documents to support the request.  [Dkt. No. 18].  The Court granted Plaintiff's second Motion for Extension of Time on June 29, 2020.  [Dkt. No. 17].  As such, Plaintiff's Request for Extension of Time [Dkt. No. 18] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Initials of Clerk kh