UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311 JWH (ADS)                            Date: February 2, 2021

Title:  *Aaron Alan Falls v. Alyssa Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

On January 20, 2021, the Court received a "Request for Extension of time to file Complaint" filed by Plaintiff Aaron Alan Falls ("Request for Extension of Time").  [Dkt. No. 33].  Plaintiff requests an additional ninety (90) days to file an amended complaint due to modified inmate programming and a lack of access to the law library, as a result of COVID-19 restrictions.  [Id.].

The Court is in receipt of a Second Amended Complaint, received June 3, 2020 [Dkt. No. 13].  Plaintiff has filed six previous requests for extension of time and received over 240 days in additional time.  This is the seventh such request, and Plaintiff still does not indicate the perceived deficiencies with the Second Amended Complaint, in receipt by the Court, or what amendments he intends to make.  As such, Plaintiff's Request for Extension of Time is **GRANTED IN PART**.  Plaintiff is granted an additional thirty (30) days to file a Third Amended Complaint, by no later than **February 26, 2021**.  Plaintiff is explicitly warned this is his **last opportunity** to file an amended complaint.  If the Court is not in receipt of an amended complaint by February 26, 2021, the Court will commence screening of the Second Amended Complaint.  See 28 U.S.C. § 1915A(a)-(b)(1).

**IT IS SO ORDERED.**

Initials of Clerk kh