**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Alan Falls<br><br>Plaintiff(s),<br><br>v.<br><br>Alyssa Vernal, et al<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-02311-JLS-ADS<br><br>**NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


_____          _____
*Date*                                             *Signature of Attorney/Party*


*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for*
*summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive*
*pleading or prior to the beginning of trial.*