UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311 JWH (ADS)                                         Date:  April 19, 2021

Title:  *Aaron Alan Falls v. Alyssa Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REGARDING PLAINTIFF'S NOTICE OF ELECTION**

On March 29, 2021, the Court entered an order [Dkt. No. 39], which, among other things, provided Plaintiff Aaron Alan Falls ("Plaintiff") the option of electing to proceed on only the below claims in the Third Amended Complaint:

1. Purported Claim I for deliberate indifference to safety against Deputy Perez in his individual capacity only as related to the first vehicle accident between a third-party car and the bus that Plaintiff was a passenger on;
2. Purported Claim III for deliberate indifference to medical need against Lieutenant Vernal in her individual capacity only; and
3. Purported Claim VII for a <u>Monell</u> claim against the County of Riverside and Riverside Sheriff's Department for its practice of unsafe transportation of detainees.

On April 12, 2021, the Court received a "Notice of Election" filed by Plaintiff stating that he was electing to proceed with only the three above identified claims. [Dkt. No. 40].

Plaintiff's election is accepted and a separate order directing the issuance of summonses and procedures shall be issued in accordance with Plaintiff's election and this Order.

**IT IS SO ORDERED.**

Initials of Clerk kh