**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON ALAN FALLS, <br><br> PLAINTIFF(S) <br> v. <br> ALYSSA VERNAL, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 5:19-02311 JWH (ADS) <br><br> **ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| Defendant | Capacity |
|---|---|
| Deputy Perez | ☒ individually  ☐ official capacity |
| Alyssa Vernal | ☒ individually  ☐ official capacity |
| County of Riverside | ☐ individually  ☒ official capacity |
| Riverside County Sheriff's Department | ☐ individually  ☒ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

April 19, 2021   /s/ Autumn D. Spaeth
Date   United States Magistrate Judge