Aaron Alan Falls # BH6927
IN Pro Se

Aaron Alan Falls
    plaintiff
V
Alyssa Vennal
    defendant

EX PARTE
Notice of temporary address change due to medical complication/ and issues
case # : 5:19-cv-02311-

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

    I am writing this as a Notice that my previous mailing address of: Po Box 4000, A6-125 Low, Vacaville CA 95696, has at least for now temporarily changed due to Medical/Health issues related to this case.

    The Current Address at which I am Housed is: California Health Care facility-Stockton Po Box 213040, D5B-107, Stockton CA, 95213 Aaron Alan Falls # BH6927.

    As of now I believe I am tentatively scheduled for Nuero surgy to my lower back, as well Im being administered 2400 ML of ampicillan through IV pic line,

For the next "5" FIVE WEEKS from today. I've been hospitalized since May 5th, 2021 when I was admitted to San Joaquin Valley Hospital where I stayed for approximately "1" one week before transfer to CHCF Stockton.

At this time, I would also again request that I be appointed counsel to assist in these matters, as I do not have any of my legal work with me, I do not know if I will be getting my property while here and cannot at this time give the court much more information than what I am providing you now.

I have no access to any type of law library or legal assistance at this time. I have made requests in attempt to answer more questions about my current situation, with not much forth coming.

Respectfully Submitted
Daren Pali

Dated: 5/20/2021



To S. Girton

5/28/21