NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nicole R. Roggeveen, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
3401 Centrelake Drive, Suite 670
Ontario, CA 91761
Tel: 909-230-4209; Fax: 909-937-2034

ATTORNEY(S) FOR: Defs County of Riverside

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ALAN FALLS<br><br>Plaintiff(s),<br>v.<br>DEPUTY PEREZ; ALYSSA VERNAL; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT<br><br>Defendant(s) | CASE NUMBER:<br><br>5:19-CV-02311-JWH (ADSx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defs Cnty of Riverside; Riverside Co. Sheriff's Dept.; Deputy Perez and Alyssa or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Aaron Alan Falls | Plaintiff |
| County of Riverside | Defendant |
| Riverside County Sheriff's Department | Defendant |
| Deputy Perez | Defendant |
| Lieutenant Alyssa Vernal | Defendant |

June 22, 2021

Date

Signature *(signed: Nicole Roggeveen)*

Attorney of record for (or name of party appearing in pro per):
County of Riverside, Riverside County Sheriff's Dept. Deputy Perez and Alyssa Vernal

# PROOF OF SERVICE

**Aaron Alan Falls v. Deputy Perez; et al.**
**Case No. 5:19-cv-02311-JWH-ADS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Bernardino, State of California. My business address is 3401 Centrelake Drive, Suite 670, Ontario, CA 91761.

On June 22, 2021, I served true copies of the following document(s) described as

**CERTIFICATIONAND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

| | |
|---|---|
| Aaron Alan Falls No. BH6927<br>CSP Solano<br>PO Box 4000<br>Vacaville, CA 95696 | California Health Care Facility – Stockton<br>PO Box 213040, D5B-107<br>Stockton, CA 95213<br>Aaron Alan Falls # BH6927 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Cole Huber LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Ontario, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 22, 2021, at Ontario, California.

/s/ Dawn Lenz
Dawn Lenz