# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** AARON ALAN FALLS | **COURT CASE NUMBER** 5:19-CV-02311-JWH-ADS |
| **DEFENDANT** INDIVIDUAL CAPACITY Deputy Sherrif Anthony Trinidad Perez | **TYPE OF PROCESS** Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cois Byrd Detention Facility, transportation dept.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30755-B Auld Rd, Murrieta, CA 92563

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Aaron A. Falls #BH6927
P.O. Box 4000 A6-125 Low
Vacaville, CA 95696

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Summons allowed with Board of Supervisors clerk, if Deputy not found at post of Cois Byrd Det Fac, Murrieta CA
Riverside CA 92502 (951) 955-1069

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: May 6, 2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk
Date: 5-25-21

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): INV. Victoria
Date: 6/17/21   Time: 11:00 ☒ am ☐ pm

Address (complete only different than shown above):
3403 10th St.
Riverside CA 92501

Signature of U.S. Marshal or Deputy: #4762

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**
1 DWM
1 HR
1 Mi Rd Trip



FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY RO   DEPUTY

REC'D USMS C/CA - CIVIL
MAY 25 '21 PM 12:48

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18