NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
3401 Centrelake Drive, Suite 670
Ontario, California 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034

Attorneys for County of Riverside,
Riverside County Sheriff's Department,
Deputy Perez and Alyssa Vernal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ALAN FALLS,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPUTY PEREZ;<br>ALYSSA VERNAL;<br>COUNTY OF RIVERSIDE; and<br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>  Defendants. | Case No. 5:19-cv-02311-JWH-ADS<br><br>**NOTICE OF RULING REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS / STATUS CONFERENCE ON JULY 28, 2021** |

00079929.1

NOTICE OF RULING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Defendants' Motion to Dismiss hearing was not held as previously scheduled. Instead the Court conducted a Status Conference on July 28, 2021, at 10:00 a.m., the Honorable Autumn D. Spaeth presiding. Nicole R. Roggeveen of Cole Huber, LLP appeared (via telephone) on behalf of Defendants County of Riverside, Deputy Perez and Lieutenant Alyssa Vernal. *Pro Se* Plaintiff Aaron Falls appeared via telephone. At the conclusion of the hearing, the Court made the following rulings:

1. Plaintiff's Request for Extension of Time to file an opposition to Defendants' Motion to Dismiss is GRANTED, IN PART;
2. Plaintiff must file his opposition by no later than August 27, 2021;
3. If Plaintiff needs additional time, he shall file a declaration under oath, including his reasons or limitations for being unable to file an opposition;
4. Plaintiff shall provide a doctor's letter setting forth his medical limitation and how long he will be under such limitations;
5. The issue of appointment of counsel is taken under submission.

Dated: July 30, 2021               COLE HUBER LLP


By:    /s/ Nicole R. Roggeveen
Nicole R. Roggeveen
Attorneys for County of Riverside,
Riverside County Sheriff's Department,
Deputy Perez and Alyssa Vernal

00079929.1

2
NOTICE OF RULING

# PROOF OF SERVICE

**Aaron Alan Falls v. Deputy Perez; et al.**
**Case No. 5:19-cv-02311-JWH-ADS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Bernardino, State of California. My business address is 3401 Centrelake Drive, Suite 670, Ontario, CA 91761.

On July 30, 2021, I served true copies of the following document(s) described as

**NOTICE OF RULING REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS / STATUS CONFERENCE ON JULY 28, 2021**

on the interested parties in this action as follows:

| | |
|---|---|
| Aaron Alan Falls No. BH6927<br>CSP Solano<br>PO Box 4000<br>Vacaville, CA 95696 | California Health Care Facility –<br>Stockton<br>PO Box 213040, D5B-107<br>Stockton, CA 95213<br>Aaron Alan Falls # BH6927 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Cole Huber LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Ontario, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2021, at Ontario, California.

/s/ Dawn Lenz
Dawn Lenz