UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:19-02311 JWH (ADS)                          Date: August 31, 2021

Title: *Falls v. Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

On August 22, 2021, Plaintiff Aaron Alan Falls constructively filed a Motion for Extension of Time to File Opposition.[1] (Dkt. No. 69.) Plaintiff requests an additional 90 days to file his Opposition to Defendants' Motion to Dismiss Third Amended Complaint. (See id.) Defendants filed their Opposition on August 30, 2021. (Dkt. No. 71.)

Having reviewed the parties' pleadings, the Court finds good cause exists and **GRANTS, IN PART**, Plaintiff's motion. (Dkt. No. 69.) Plaintiff must file his Opposition **by no later than November 1, 2021**.

**IT IS SO ORDERED.**

---

[1] Under the prison "mailbox rule," a pleading filed by a pro se prisoner is deemed to be filed as of the date the prisoner delivered it to prison authorities for mailing, not the date on which the pleading may have been received or filed by the court. Houston v. Lack, 487 U.S. 266, 270 (1988); see also Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) ("[T]he Houston mailbox rule applies to § 1983 suits filed by pro se prisoners."). In the absence of evidence to the contrary, courts have treated a pleading as delivered to prison authorities on the day the pleading was signed. See Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) ("When a prisoner gives prison authorities a habeas petition or other pleading to mail to court, the court deems the petition constructively 'filed' on the date it is signed.").

Initials of Clerk kh