UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311 JWH (ADS)                              Date:  November 19, 2021

Title:  *Falls v. Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):            Attorney(s) Present for Defendant(s):
None Present                                                        None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On August 31, 2021, the Court granted a Motion for Extension of Time to File Opposition filed by Plaintiff Aaron A. Falls.  (Dkt. No. 75.)  Plaintiff's Opposition was due November 1, 2021.  (Id.)  As of the date of this order, Plaintiff has not filed an Opposition.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders.  Plaintiff must file a written response by no later than **December 10, 2021**.  Plaintiff may respond by (a) filing an Opposition or (b) explaining why he has not yet filed an Opposition.

Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh