Aaron Alan falls # BH6927
California Healthcare Facility
PO Box 213040, D5B-107
Stockton, CA. 95213

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AARON ALAN FALLS

     plaintiff

       v.

DEPUTY PEREZ;
ALYSSA VERNAL;
COUNTY OF RIVERSIDE;
RIVERSIDE COUNTY SHERIFFS'
DEPARTMENT; et, al.

CASE NO.  5:19-CV-02311-JWH-ADS

MOTION FOR EXTENSION OF TIME and
EXPLANATION WHY PALINTIFF HAS NOT
FILED OPPOSITION PAPER

TO:  The Honorable Magistrate Judge Of The Above Entitled Court:

PLEASE TAKE NOTICE: The Petitioner prays that this Court will grant petitioner the opportunity of Explaining why he has not yet filed an Opposition, and Grant Extension Of Time for Appointed Counsel to complete that task of; (1) Defending against Defendant's motion to dismiss, and (2)Participation in a Settlement.

This Request is based on the attached Declaration of Petitioner, and all the papers filed herewith.

(1)

<u>ATTACHED DOCUMENTS IN SUPPORT OF</u>

**1:** COMPLETE MEDICAL and DISCHARGE SUMMARY; Completed by San Joaquin General Hospital.:: 15 pages.

2: DOCKET NUMBER 72, 2 pages.

3: DOCKET NUMBER 74, 4 pages.

4: DOCKET NUMBER 75, 4 pages.

5: DECLARATION OF PETITIONER, 1 page

6: DECLARATION OF PREPARER OF DOCUMENT. 1 page

To the Honorable Autumn D. Spaeth, United States Magistrate Judge,

On the date of August 23, 2021, Plaintiff Aaron A. Falls was admitted into San Joaquin general Hospital for "2" surgeries involving "3" seperate procedures, all of which were to repair damage to the spinal column, and install corrective hardware.

(1) Oblique Lateral Interbody Fusion (08/23/2021)

(2) Anterior Lumbar Interbody Fusion (08/23/2021)

(3) Lumbar Laminectomy with Fusion   (08/25/1012)

These procedures included the Interval placement of an invertabral cage device along the right side of the disk space, and post surgical changes along the left side of the disk space , along with L5/S1 posterior instrumentation with pedicle screws , and rods. (Please refer to Pgs. 3,5,8,9,10,12 of 15 of the attached medical summary).

Plaintiff was discharged from SJGH on August 30, 2021, and returned to the California Healthcare Facility in Stockton, Ca., where the Plaintiff received via Legal mail, the Court's Docket no. 72, (please refer to attached copy of Docket no.72), where the Plaintiff was Ordred by the Court to file Opposition papers byno later than November 1, 2021.

From the date of Mr. Fall's discharge from SJGH on August 30, 2021 Plaintiff has been under complete bed rest, due primarily to the severity of the surgeries performed. Plaintiff has not been ambulatory without assistance transferring to a wheelchair, and has physically been unable to proceed, without assistance.

(2)

Plaintiff next received from the Court, Dockets numbered 74 and 75, dated: September 16, 2021 and September 17, 2021, (Please refer to attached copies of Dockets no. 74 and 75) where the Court made an Order of Appointing Counsel for the Limited Purposes of (1) Defending Against Defendant's pending Motion to Dismiss, and (2) Participation in Settlement.

It is here where the Plaintiff is confused as there is the matter of Docket number 75's Orders superseding the Orders of Docket number 72, and that upon the Appointment of Counsel, the matter of Defending against the Defense's Motion to Dismiss is to be handled by the Counsel appointed by the Court. Operating under this premis the plaintiff addressed the Court with Docket number 76, attempting to get the contact information of Counsel appointed as there has been no contact made by Counsel. (Please refer to attached copy of Dockets numbered 74 and 75) Plaintiff's physical ability to construct an Opposition on his own has been hindered due to the length of recovery, an inability to access the law library for any significant amounts of time to do any constructive research (this is due to immobility), and the understanding that there has been Counsel appointed by the Court.

For the above mentioned Reasons, Plaintiff, Aaron Alan Falls, has not submitted an Opposition to the Court, and it would be the Plaintiff's request that the Court continue the Extension of Time to file, and provide him with the Appointed Counsels name, and contact information, so Plaintiff may speak with said Counsel. Respectfully submitted: Aaron Falls., Prepared by:

(3)

<u>DECLARATION OF PETITIONER</u>

I, Aaron Alan Falls, Declare under Penalty of Perjury that the following is True and Correct, to the best of my knowlege.

1: That on the date of August 23, 2021, I was admitted to San Joaquin general Hospital for "3" seperate surgeries, peformed on two seperate days.

2: That I was discharged from San Joaquin General Hospital On August 30, 2021

3: That due to the svereity of the surgeries performed, Plaintiff has been under bed rest to allow the spinal fusion process to take place, and bones to fuse.

4: That I have had issues with mobility as a result of spinal surgeries, and have not been able to use the law library as a result of the recovery process following those surgeries.

5: That on, September 17, 2021, I received Dockument 75, and the Courts order Granting the Appointment of Counsel for the limited purposes of Defending against Defendant's Motion to Dismiss, and Participation in a Settlement.

6: That for the above reasons, Plaintiff has not filed an Opposition, and has been under the presumption that the Appointed Counsel is to address the matters above.

**WHEREFORE:** Plaintiff prays that upon these reasons set forth herein, the Court wil Grant this Motion put forth the Court.

Dated: December 4, 2021

RESPECTFULLY SUBMITTED

_____
Aaron A. Falls  Plaintiff

## DECLARATION OF PREPARER

I, Magdaleno Martinez   , CDCR No. AM6558   , Did prepare these documents enclosed and submitted to this Court in assistance of the Plaintiff, Aaron A. Falls, as Plaintiff is under bed rest from surgeries, and has been unable to prepare these papers on his own. Mr. Falls, has not attended law library, and has mobility issues as a result of surgeries.

To the best of my knowledge the afore mentioned is true and correct, under the Penalty of perjury, I submitt this Declaration to the Court.

Dated: December 5, 2021

Respectfully Submitted, Martinez M

Magdaleno Martinez #AM6558
California Healthcare Facility
PO Box 213040, D5B-115
Stockton California, 95213

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  FALLS, AARON ALLEN
MRN:   12599576
FIN:   30644164
DOB/Age/Sex:  3/12/1969    / 52 years    / Male

Admit:    8/23/2021
Disch:    8/30/2021
Admitting: Invergo,Darbi DO
Copy to:   Moncevais,Melanie

## Discharge Summary

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Discharge Summary
8/30/2021 15:28 PDT
Auth (Verified)
Saadat,Mohsen DO (8/30/2021 15:45 PDT)
Saadat,Mohsen DO (9/1/2021 14:19 PDT); Yari,Farnoosh
MD (8/30/2021 15:45 PDT)

# FALLS, AARON ALLEN

**DOB:**    03/12/1969
**Age:**    52 years
**Sex:**    Male
**MRN:**    12599576
**Registration Date:**    08/23/2021
**Primary Care Physician:**
    CHCF, Physician

52 Years Male

**Admission Information**
Admission date: 8/23/2021 by neurosurgery
Discharge date: 8/30/2021
Team #: 3
Attending: Dr. Saadat
Resident: Dr. Yari
Code Status: Full
Accepting but Dr. Lwin

**Admitting diagnosis:**
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

**Discharge diagnosis:**
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07
3.  Anemia-likely postop

**Additional diagnosis:**
HTN (hypertension) I10
H/O Hepatitis-C B19.20
Cirrhosis of liver K74.60

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969    / 52 years    / Male | Copy to: | Moncevais,Melanie |

---

## *Discharge Summary*

---

**Consultation:**
Neurosurgery

**Hospital Course**
52-year-old inmate male with history of a spondylolithiasis at L5-S1 who was admitted by neurosurgery on 8/23/2021 and underwent two-stage surgery on 8/23/2021 and 8/25/2021.  However given after second stage surgery patient developed fever transferred to internal medicine team for management of possible infection.  Patient is started on broad-spectrum empirical antibiotics.  Due to tachycardia and mild hypoxia, CTA chest was done which was negative for any segmental PE.  Given patient was mildly hypoxic and was complaining of cough, etiology of fever likely pneumonia.  Patient completed appropriate antibiotic therapy.  Cultures remain negative.  He is a stable for discharge.  He is saturating more than 95% on room air without respiratory distress, afebrile with normal heart rate and respiratory rate.
During hospitalization patient has been working with physical therapy who recommended physical therapy in the facility.  Recommended to follow-up with neurosurgery clinic in 1 month.

**Physical Exam**

Vitals & Measurements
**T:** 37.1  °C (Oral) **TMIN:** 36.4  °C (Oral) **TMAX:** 37.1  °C (Oral) **HR:** 82(Peripheral) **RR:** 19 **BP:** 126/82 **SpO2:** 94%
**HT:** 198.2 cm **WT:** 131.540 kg **BMI:** 33.49 **Pain Score:** 4 **O2 Therapy:** Room air
**General:** Awake, alert, oriented, no acute distress
**Lungs:** Clear breath sounds bilaterally, no wheezing
**Heart**: Normal  rate,  Regular  rhythm, no murmur appreciated
**Abdomen:** Soft, non-tender, non-distended,  Normal  bowel sounds
**Skin:**Incision on the left lower quadrant of the abdomen no drainage or dehiscence, C/D/I, Posterior lower back incisions x2 intact
**Musculoskeletal:** Normal bilateral upper extremity strength, 4 out of 5 bilateral lower extremity strength, normal range of motion on all limbs
**Neurologic:** Awake, alert and oriented X4, intact sensation to light touch bilateral upper and lower extremity
**Psychiatric:** Cooperative, appropriate mood and affect

**Medications**
Home
    atorvastatin, 10 mg, Oral, Daily
    baclofen, 15 mg, Oral, TID, PRN
    carvedilol, 3.125 mg, Oral, BID
    cholecalciferol oral tablet, 400 unit(s), Oral, Daily
    cinacalcet, 30 mg, Oral, Daily
    Colace 100 mg oral capsule, 200 mg= 2 cap(s), Oral, BID, SJGH
    cyclobenzaprine 10 mg oral tablet, 10 mg= 1 tab(s), Oral, q8hr, SJGH
    diphenhydrAMINE, 25 mg, Oral, q8hr, PRN
    isosorbide mononitrate, 10 mg, Oral, BID
    lactulose, 30 gm, Oral, PRN,  **Not taking**
    omeprazole, 20 mg, Oral, Daily
    oxyCODONE 5 mg oral tablet, 5 mg= 1 tab(s), Oral, QID, PRN, SJGH
    sertraline 50 mg oral tablet, 50 mg= 1 tab(s), Oral, Daily

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

## Discharge Summary

spironolactone, 25 mg, Oral, qPM
triamcinolone 55 mcg/inh nasal spray, 2 spray(s), Nasal, qPM

**Procedure/Surgical History**

- Lumbar Laminectomy with Fusion (08/25/2021)
- Anterior Lumbar Interbody Fusion (08/23/2021)
- Oblique Lateral Interbody Fusion (08/23/2021)
- Injury of left hand

**Social History**
Alcohol
    Past
Electronic Cigarette/Vaping
    Electronic Cigarette Use: Never.
Home/Environment
    Living situation Home/Independent.
Substance Abuse
    Past, Cocaine, Marijuana, Methamphetamines
Tobacco
    Former smoker, quit more than 30 days ago Tobacco Use:.

Lab Results
**Last 48 Hours**

Chemistry

| Event Name | Event Result | Date/Time |
|---|---|---|
| Sodium Lvl | 135 mmol | 08/29/21 05:57:00 |
| Potassium Lvl | 4.3 mmol | 08/29/21 05:57:00 |
| Chloride | 101 mmol/L | 08/29/21 05:57:00 |
| CO2 | 24 mmol/L | 08/29/21 05:57:00 |
| AGAP | 10 | 08/29/21 05:57:00 |
| BUN | 14 mg/dL | 08/29/21 05:57:00 |
| Creatinine | 0.87 mg/dL | 08/29/21 05:57:00 |
| BUN/Creat Ratio | 16 | 08/29/21 05:57:00 |
| GFR African American | 112 mL/min/1.73 m2 | 08/29/21 05:57:00 |
| GFR NonAfrican American | 92 mL/min/1.73 m2 | 08/29/21 05:57:00 |
| Glucose Lvl | 98 mg/dL | 08/29/21 05:57:00 |
| Calcium Lvl | 11 mg/dL High | 08/29/21 05:57:00 |
| Phosphorus | 2.7 mg/dL | 08/29/21 05:57:00 |
| Albumin Lvl | 3.2 gm/dL Low | 08/29/21 05:57:00 |
| Magnesium | 1.9 mg/dL | 08/29/21 05:57:00 |

Hematology

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | |
|---|---|---|
| Patient: FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: 12599576 | Disch: | 8/30/2021 |
| FIN: 30644164 | Admitting: Invergo,Darbi DO | |
| DOB/Age/Sex: 3/12/1969 / 52 years / Male | Copy to: Moncevais,Melanie | |

## *Discharge Summary*

| Event Name | Event Result | Date/Time |
|---|---|---|
| WBC | 6.8 x10(3)/uL | 08/29/21 05:57:00 |
| RBC | 3.68 x10(6)/uL Low | 08/29/21 05:57:00 |
| Hgb | 11.6 gm/dL Low | 08/29/21 05:57:00 |
| Hct | 33.7 % Low | 08/29/21 05:57:00 |
| MCV | 91.6 fL | 08/29/21 05:57:00 |
| MCH | 31.5 pg | 08/29/21 05:57:00 |
| MCHC | 34.4 gm/dL | 08/29/21 05:57:00 |
| RDW | 13 % | 08/29/21 05:57:00 |
| Platelet | 242 x10(3)/uL | 08/29/21 05:57:00 |
| MPV | 9.1 fL | 08/29/21 05:57:00 |
| Neutro Auto | 69.9 % | 08/29/21 05:57:00 |
| Lymph Auto | 16.2 % Low | 08/29/21 05:57:00 |
| Mono Auto | 8.8 % | 08/29/21 05:57:00 |
| Eos Auto | 4.3 % | 08/29/21 05:57:00 |
| Basophil Auto | 0.8 % | 08/29/21 05:57:00 |
| NRBC Auto Pct | 0.1 /100 WBCs | 08/29/21 05:57:00 |
| Neutro Absolute | 4.7 x10(3)/uL | 08/29/21 05:57:00 |
| Lymph Absolute | 1.1 x10(3)/uL | 08/29/21 05:57:00 |
| Mono Absolute | 0.6 x10(3)/uL | 08/29/21 05:57:00 |
| Eos Absolute | 0.3 x10(3)/uL | 08/29/21 05:57:00 |
| Basophil Absolute | 0.1 x10(3)/uL | 08/29/21 05:57:00 |
| NRBC Absolute | 0.01 /100 WBCs | 08/29/21 05:57:00 |

**Diagnostic Results**

**(08/23/2021 08:19 PDT CT Spine Lumbar w/o Contrast)**
1.  Grade 1 retrolisthesis of L5 relative to S1 with 11 mm offset.
Associated bilateral L5 spondylolysis.
2.  Severe degenerative disc space loss at L5-S1 with associated vacuum
disc phenomenon and endplate sclerosis.  Annular disc bulge at this level.
MRI is more sensitive for the evaluation of disc disease.
3.  Bilateral moderate osseous neural foraminal stenosis at L5-S1.
4.  Moderate degenerative disc space loss at L1-L2 with associated mild
anterior and posterior endplate osteophytes.  [1]

**(08/23/2021 18:00 PDT CT Spine Lumbar w/o Contrast)**
Interval placement of intervertebral cage device at L5-S1 along the
right side of the disc space and postsurgical changes along the left

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969 / 52 years / Male | Copy to: | Moncevais,Melanie |

## *Discharge Summary*

side of the disc space. Persistent grade 1 anterolisthesis at L5-S1
with bilateral L5 pars defects.
[2]


**(08/26/2021 08:48 PDT US LE Venous Duplex Bilateral Port)**
No evidence of DVT in the visualized venous segments of bilateral
lower extremities. [3]


**(08/26/2021 16:10 PDT CT Angio Chest w/ Contrast)**
Minimal right lung base atelectasis without evidence for pulmonary
embolism within the limits of this exam. Additional minor findings and
pertinent negatives as reported. [4]


**(08/29/2021 15:03 PDT XR Spine Lumbar 2 Views)**
Lumbosacral hardware as described. [5]

**Discharge Plan**



**Recommendations:**
1. No changes made on patient's home medication regimen
2. No antibiotics on discharge
3. On discharge patient was ambulatory and tolerating diet.  He can resume his previous is diet and activity level
4. COVID-19 was ruled out via PCR
5. Can follow up with prison PCP
6. Follow-up with Dr. Invergo in 1 month
Pt. seen and examined with the team, labs and imaging reviewed.  MS



<u>All Diagnoses This Visit</u>
Spondylolisthesis at L5-S1 level
Foraminal stenosis of lumbosacral region
C/F Pneumonia
Anemia
HTN (hypertension)
H/O Hepatitis-C
Cirrhosis of liver
Healthcare maintenance


LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| Patient: FALLS, AARON ALLEN | Admit: 8/23/2021 |
| MRN: 12599576 | Disch: 8/30/2021 |
| FIN: 30644164 | Admitting: Invergo,Darbi DO |
| DOB/Age/Sex: 3/12/1969  / 52 years  / Male | Copy to: Moncevais,Melanie |

---

## *Discharge Summary*

---

Patient Discharge Condition
Stable

Discharge Disposition
CHCF

**Patient Education**
Venous Thromboembolism Prevention
COVID-19 What You Need To Know SJGH (Custom)
COVID-19 Facts SJGH (Custom)
Stroke Risk Scorecard (Custom)
Stroke Prevention, Easy-to-Read

**Follow Up**

| With | When | Contact Information |
|---|---|---|
| Invergo, Darbi DO | In 1 month 09/28/2021 PDT | 500 W Hospital Rd<br>French Camp, CA 95231-<br>(209) 468-6000 Business (1)<br><br>2209 N California St<br>Stockton, CA 95204-<br>(209) 468-5400 |
| Additional Instructions: Staples to be removed by Prison Provider on POD #14. | | |

**Medication Reconciliation**
Changed
  cyclobenzaprine (cyclobenzaprine 10 mg oral tablet)1 tab(s) Oral every 8 hours for 10 Days. SJGH. Refills: 0.

  isosorbide mononitrate10 Milligram Oral 2 times a day.

  oxyCODONE (oxyCODONE 5 mg oral tablet)1 tab(s) Oral 4 times a day as needed Pain. SJGH.

Unchanged
  atorvastatin10 Milligram Oral every day.

  baclofen15 Milligram Oral 3 times a day as needed Spasm.

  carvedilol3.125 Milligram Oral 2 times a day.

  cholecalciferol (cholecalciferol oral tablet)400 unit(s) Oral every day.

  cinacalcet30 Milligram Oral every day.

  diphenhydrAMINE25 Milligram Oral every 8 hours as needed allergies.

  docusate (Colace 100 mg oral capsule)2 cap Oral 2 times a day. SJGH.

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969    / 52 years    / Male | Copy to: | Moncevais,Melanie |

## Discharge Summary

lactulose30 gram Oral as needed Constipation.

omeprazole20 Milligram Oral every day.

sertraline (sertraline 50 mg oral tablet)1 tab(s) Oral every day.

spironolactone25 Milligram Oral once a day (in the evening).

triamcinolone nasal (triamcinolone 55 mcg/inh nasal spray)2 spray(s) Nasal once a day (in the evening).

**Professional Services/Counseling**
Patient was seen and examined by resident, Dr. Farnoosh Yari. PGY-3
Case was discussed and the patient seen and examined by attending physician, Dr. Saadat, who agrees with the above mentioned assessment and plan of care.

[1] CT Spine Lumbar w/o Contrast; Garcia Rojas, Xavier MD 08/23/2021 08:19 PDT
[2] CT Spine Lumbar w/o Contrast; Generated Domain User for 7258251 08/23/2021 18:00 PDT
[3] US LE Venous Duplex Bilateral Port; Garcia Rojas, Xavier MD 08/26/2021 08:48 PDT
[4] CT Angio Chest w/ Contrast; Generated Domain User for 7258251 08/26/2021 16:10 PDT
[5] XR Spine Lumbar 2 Views; Generated Domain User for 7258251 08/29/2021 15:03 PDT

*[Electronically Signed on: 09/01/2021 14:19 PDT]*
_____

*Saadat, Mohsen DO DO*

*[Electronically Signed on: 08/30/2021 15:45 PDT]*
_____

*Yari, Farnoosh MD RES*

*[Verified on: 09/01/2021 14:19 PDT]*
_____

*Saadat, Mohsen DO DO*

## Operative Report

| | |
|---|---|
| DOCUMENT NAME: | Operative Report |
| SERVICE DATE/TIME: | 8/25/2021 11:08 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Invergo,Darbi DO (8/25/2021 11:11 PDT) |
| SIGN INFORMATION: | Invergo,Darbi DO (8/27/2021 12:23 PDT) |

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

---

## *Operative Report*

# FALLS, AARON ALLEN

**DOB:**   03/12/1969
**Age:**   52 years
**Sex:**   Male
**MRN:**   12599576
**Registration Date:**   08/25/2021
**Primary Care Physician:**
   CHCF, Physician

### Date/Time Surgery Performed
08/25/2021

### Indication for Surgery
Stage 2 of 2:
52-year-old male with grade 1–2 spondylolisthesis at L5-S1 who has recently recovered from some Enterococcus faecalis bacteremia. The patient continues to have considerable back pain and weakness and I would like to get standing dynamic x-rays has he was unable to do this previously due to inadequate pain control and inability to stand.  I would also like a surgical planning CT scan.  The patient has started physical therapy which is not helping and not expected to given the nature of his problem.

Recommending surgical intervention if patient is medically cleared.  I will need to review the above scans at her before the time of surgery.
360 degreeL5/S1 fusion with an anterior lumbar interbody body fusion approach with general surgery in order to reduce the spondylolisthesis and adequately restore height and lordosis followed by pedicle screw and rod fixation posteriorly and a minimally invasive Wiltsie approach.  The patient has agreed to this procedure with an approach surgeon.

### Preoperative Diagnosis
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

### Postoperative Diagnosis
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

### Operation
**Procedure:** L5/S1 PSRF
1. L5/S1 posterior instrumentation with pedicle screws and rods - 22840
2. Intra-operative neuronavigation with O-arm - 61783
3. Intra-operative neuromonitoring

### Surgeon(s)
Invergo, Darbi DO (Surgeon - Primary)

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969    / 52 years    / Male | Copy to: | Moncevais,Melanie |

---

### *Operative Report*

---

**Assistant**
Segura Perez, Victor NP (Surgical Assistant)

**Anesthesia**
General
Yee, Eleanore MD (Supervisor)

**Estimated Blood Loss**
30.0 mL

**Findings**
Hardware in good location
Neuromonitoring stable throughout entire procedure
- reading physician confirmed during timeout

**Specimen(s)**
NOne

**Complications**
NOne

**Technique**
The patient was well apprised of the objectives, risks, benefits, alternatives and potential complications of the procedure, including but not limited to : worsening of current status, possible need for further procedures in the future, infection, CSF leak, nerve root injury, major or minor hemorrhage, and even death. Informed consent was obtained and secured in the chart.

The patient was transferred to the operating room and was given preoperative prophylactic IV antibiotics. The patient was sedated and intubated without difficulty by the anesthesia service. Eyes were taped shut after ointment was applied to prevent corneal abrasion.  No Foley catheter was inserted. The patient was turned prone on the Jackson table and all pressure points were carefully padded. The electrophysiology monitoring team inserted needles in the proper locations to monitor SSEP and EMG. A Bair Hugger was placed over the lower body to maintain control of core body temperature.

The patient was prepped and draped in the usual sterile fashion. The right PSIS had previously prepped out and at this time the percutaneous navigational pin was tapped into place over the PSIS. The O-arm neuronavigational unit was then brought into the field and a 3-D neuronavigational spin was performed. The L5/S1 spaces were identified and the incisions marked on the patient bilaterally ~3cm lateral to midline. The skin was opened sharply with a #10 scalpel blade along the previously planned incisions. Dissection was carried down superiorly and inferiorly 3 cm lateral to midline in the fascial plane between the paraspinal muscles down to the level of the lateral facets and transverse processes bilaterally. The musculature was elevated with finger dissection initially and once the bony landmarks were reached self retaining retractors were placed. Extra time was taken at this point to ensure meticulous hemostasis.

Under neuronavigational guidance, pilot holes were drilled and a pedicle finder was passed into the bodies of L5 and S1 bilaterally. Stryker screws were then placed and once the screws were placed, a confirmatory 3-D O-arm spin was performed to evaluate the screw placement, which was found to be satisfactory.

The rods were now placed into the screws and locking caps were inserted and locked into place.   Meticulous hemostasis was again achieved.

The wound was copiously irrigated with antibiotic saline. The fascia was subsequently closed utilizing interrupted 1-Vicryl sutures, the

---

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969 / 52 years / Male | Copy to: | Moncevais,Melanie |

| *Operative Report* |
|---|

subcutaneous layers with 2-0 Vicryl and the skin with simple interrupted inverted 3-0 Vicryl with Dermabond and steri-strips. The incisions were dressed in a clean dry dressing.

All sponge, needle and instrument counts were correct at the end of the case. The patient tolerated the procedure well, without complication and was transferred in stable condition to the recovery room.

**Grafts/Implants**

- ROD SPINE CONTOURED 5.5X45MM (2), 08/25/2021
- SCREW SPINE 6.5X50MM POLYAXIAL EVEREST 08/25/2021
- SCREW SPINE PA 7.5X45MM EX TAB FEN 08/25/2021
- SCREW SPINE PA EXT TAB FENES 6.5 X 50MM 08/25/2021
- SCREW SPINE POLY AXIAL 7.5X 50MM EVEREST 08/25/2021
- SCREW SPINE SET ATR EVEREST (4), 08/25/2021

*[Electronically Signed on: 08/27/2021 12:23 PDT]*
_____
*Invergo, Darbi DO DO*

*[Verified on: 08/27/2021 12:23 PDT]*
_____
*Invergo, Darbi DO DO*

| | |
|---|---|
| DOCUMENT NAME: | Operative Report |
| SERVICE DATE/TIME: | 8/23/2021 13:14 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Invergo,Darbi DO (8/23/2021 13:22 PDT) |
| SIGN INFORMATION: | Invergo,Darbi DO (8/27/2021 12:19 PDT) |

# FALLS, AARON ALLEN

**DOB:** 03/12/1969
**Age:** 52 years
**Sex:** Male
**MRN:** 12599576
**Registration Date:** 08/23/2021
**Primary Care Physician:**
    CHCF, Physician

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

---

## *Operative Report*

---

**Date/Time Surgery Performed**
08/23/2021

**Indication for Surgery**
Stage 1 of 2:
52-year-old male with grade 1–2 spondylolisthesis at L5-S1 who has recently recovered from some Enterococcus faecalis bacteremia. The patient continues to have considerable back pain and weakness and I would like to get standing dynamic x-rays has he was unable to do this previously due to inadequate pain control and inability to stand.  I would also like a surgical planning CT scan.  The patient has started physical therapy which is not helping and not expected to given the nature of his problem.

Recommending surgical intervention if patient is medically cleared.  I will need to review the above scans at her before the time of surgery.
360 degreeL5/S1 fusion with an anterior lumbar interbody body fusion approach with general surgery in order to reduce the spondylolisthesis and adequately restore height and lordosis followed by pedicle screw and rod fixation posteriorly and a minimally invasive Wiltsie approach.  The patient has agreed to this procedure with an approach surgeon.

**Preoperative Diagnosis**
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

**Postoperative Diagnosis**
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

**Operation**

1. L5/S1 anterior discectomy - 22558-62
2. Insertion of interbody graft at L5/S1 - 22853
3. L5/S1 interbody arthrodesis
4. Infuse iFactor and DBM in disk spaces L5/S1 - 20930
5. Intraoperative Fluoroscopy for live imaging

**Surgeon(s)**
Invergo, Darbi DO (Surgeon - Primary)

**Assistant**
Foroutan, Shahin MD (Surgeon - Secondary)
- co-surgeon

**Anesthesia**
General
Edelsohn, David MD (Supervisor)

**Estimated Blood Loss**
150 cc

**Urine Output**
500.0 mL

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969    / 52 years    / Male | Copy to: | Moncevais,Melanie |

---

### *Operative Report*

---

**Findings**
Hardware in good location on fluoroscopy

**Specimen(s)**
None

**Complications**
None

**Technique**
The patient was well apprised of the objectives, risks, benefits, alternatives and potential complications of the procedure, including but not limited to : worsening of current status, possible need for further procedures in the future, infection, CSF leak, nerve root injury, retrograde ejaculation, hardware complications, major or minor hemorrhage, post operative ileus and even death. Informed consent was obtained and secured in the chart.

The patient was transferred to the operating room and was given preoperative prophylactic IV antibiotics. The patient was sedated and intubated without difficulty by the anesthesia service. Eyes were taped shut after ointment was applied to prevent corneal abrasion. A Foley catheter was inserted after the patient was asleep. The patient was turned lateral with the left side up and all pressure points were carefully padded and the patient was secured to the OR table. A Bair Hugger was placed over the upper body to maintain control of core body temperature. The patient was prepped and draped in the usual sterile fashion with the left PSIS, ribs and iliac crest exposed. The C-arm fluoroscopy unit was previously used to position the patient and was now draped and brought into the field so that the disk spaces were traced out directly laterally with their current alignment for L5/S1 and the entry points anterior to the mid-bodies was marked on the patient. Dr Foroutan, general surgeon, performed the anterior exposure which will be dictated in a separate note. Once the L5/S1 disk space was visualized and retractor blades placed and aligned with the previously marked trajectory of the same disk space so that the opening between them is in direct continuation with the disc space in order to facilitate orthogonal disc preparation and final implant placement. The retractor was then attached to the flexible arm retractor system to provisionally maintain retractor position. The annulus was then incised and an annulotomy was created using the long handled knife. A thorough discectomy was performed using pituitaries and other disc preparation instruments. The disc space was then sequentially distracted with trials until adequate disc space height was obtained and adequate foraminal size restored.

Once the appropriate size trial was fitted, the graft was selected and iFactor along with DBM was placed int he graft's central cavity and attached to the oblique inserter. The graft was then malleted into place gently under direct visualization with c-arm fluoroscopy. Once the graft was felt to be in adequate XR confirmation of the true position of the graft, which was found to be satisfactory. The graft was fixed into place with a screw placed through the graft and into the S1 vertebral body. The retractor was then detached from the flex arm and hemostasis ensured and the retractor blades were carefully withdrawn from the surgical site. As the retractor was removed, the muscle and fat layers were visualized closing back into place. The surgical site was then irrigated appropriately and the fascia over the external oblique was closed by Dr Foroutan. The incision was dressed in a clean dry dressing.

**Grafts/Implants**

- BONE DBM PUTTY 5CC 08/23/2021
- MEDTRONIC X LARGE TAS HYPERLORDOTIC INTERBODY FUSION DEVICE XLARGE 40MM X 27MM, 16MM LORDOTIC ANGLE 16 REF:2316-0316-N 08/23/2021
- PUTTY I-FACTOR 5CC 08/23/2021
- SCREW SPINE 5.5x25MM 08/23/2021

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

## *Operative Report*

[Electronically Signed on: 08/27/2021 12:19 PDT]

---
*Invergo, Darbi DO DO*


[Verified on: 08/27/2021 12:19 PDT]

---
*Invergo, Darbi DO DO*

## *History and Physical Reports*

| | |
|---|---|
| DOCUMENT NAME: | History and Physical |
| SERVICE DATE/TIME: | 8/23/2021 07:30 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Samson,Hans A NP (8/22/2021 11:17 PDT) |
| SIGN INFORMATION: | Invergo,Darbi DO (9/1/2021 11:16 PDT); Samson,Hans A NP (8/23/2021 11:40 PDT) |

# FALLS, AARON ALLEN

**DOB:**   03/12/1969
**Age:**   52 years
**Sex:**   Male
**MRN:**   12599576
**Primary Care Physician:**
    CHCF, Physician

**Chief Complaint**
back pain

**History of Present Illness**
08/23/2021
Patient is a 52-year-old incarcerated male who is scheduled to undergo L5-S1 ALIF/OLIF with Dr. Invergo.  We will collaborate with Dr. Foroutan from trauma surgery for exposure at that level.

07/01/2021
52-year-old male with grade 1–2 spondylolisthesis at L5-S1 who has recently recovered from some Enterococcus faecalis bacteremia.  The patient continues to have considerable back pain and weakness and I would like to get standing dynamic x-rays has he was unable to do this previously due to inadequate pain control and inability to stand.  I would also like a surgical planning CT scan.  The patient has started physical

**Problem List/Past Medical History**
Ongoing
    CHF (congestive heart failure)
    CKD (chronic kidney disease)
    Dyslipidemia
    Hepatitis C
    HTN (hypertension)
    Liver disease
    Parathyroid disorder
Historical
    No qualifying data

**Medications**
Inpatient
    No active inpatient medications

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

## History and Physical Reports

therapy which is not helping and not expected to given the nature of his problem.

Recommending surgical intervention if patient is medically cleared.  I will need to review the above scans at her before the time of surgery.
360 degreeL5/S1 fusion with an anterior lumbar interbody body fusion approach with general surgery in order to reduce the spondylolisthesis and adequately restore height and lordosis followed by pedicle screw and rod fixation posteriorly and a minimally invasive Wiltsie approach. The patient has agreed to this procedure and I will work on scheduling with the approach surgeon.

05/05/2021
This is a 52-year-old male prisoner who reports he has had back pain for approximately 5 years since he was in a motor vehicle accident on a County transportation bus.  He reports that his back was tweaked and he hit a metal wall and lost a tooth. Nonetheless, he has had a constant 5/10 pain in his low back since that time but noticed about 2 weeks ago that it was creeping up to a 6/10 in severity so he went to see the doctor at the prison.  He felt as though he was somewhat blown off at that time and over the last 48 hours has had excruciating low back pain that is kept him bedbound.  He reports that he has numbness and tingling in his thighs circumferentially as well as his buttocks and groin.  He denies morning erections the last 48 hours and reports that he has had some urinary accidents in the same timeframe where he finds himself going and did not even realize that he was doing that for a second or two.

Unfortunately the patient is somewhat of a poor historian and has poor insight into his condition which complicated the interview.  He denies any trauma inciting the pain change.

I did discuss that the patient will likely need surgical intervention and discussed the 2 different techniques--#1 a posterior only approach with a laminectomy and bilateral PLIF cages along with pedicle screws, in order to reduce the spondylolisthesis it may be necessary to extend the pedicle screw and rod fixation and additional level.  The screws could be taking out at a later date.  Or #2 and my preferred method would be to do a 360 fusion with an anterior lumbar interbody body fusion approach in order to reduce the spondylolisthesis and adequately restore height and lordosis followed by pedicle screw and rod fixation posteriorly and a minimally invasive Wiltsie approach.

I will follow along with the patient while he is here in the hospital and see if his symptoms improve with pain management and physical therapy.  I will also determine his level of instability on his lumbar x-rays.  Pending the outcome the patient may need the less desirable posterior approach surgery but if possible I would like to have him scheduled with my access surgeon in the near future to undergo the 360 approach.

Found to have a blood culture positive for Enterococcus faecalis.  Has completed 6 weeks of antibiotics and recently had his PICC line removed.

### Home
atorvastatin, 10 mg, Oral, Daily
baclofen, 15 mg, Oral, TID
carvedilol, 3.125 mg, Oral, Daily
cholecalciferol oral tablet, 400 unit(s), Oral, Daily
cinacalcet, 30 mg, Oral, Daily
Colace 100 mg oral capsule, 100 mg= 1 cap(s), Oral, BID, SJGH
cyclobenzaprine 10 mg oral tablet, 10 mg= 1 tab(s), Oral, TID, SJGH
isosorbide mononitrate, 30 mg, Oral, qAM
lactulose, 30 gm, Oral
omeprazole, 20 mg, Oral, Daily
oxyCODONE 5 mg oral tablet, 5 mg= 1 tab(s), Oral, q4hr, PRN, SJGH
sertraline 50 mg oral tablet, 50 mg= 1 tab(s), Oral, Daily
spironolactone, 25 mg, Oral, qPM

### Allergies
No Known Medication Allergies

### Social History
Alcohol
  Past
Electronic Cigarette/Vaping
  Electronic Cigarette Use: Never.
Home/Environment
  Living situation Home/Independent.
Substance Abuse
  Past
Tobacco
  Former smoker, quit more than 30 days ago Tobacco Use:.

### Family History
Family history is negative
  **Deceased Family Member(s):**

### Diagnostic Results
Dr. Invergo reviewed the lumbar spine MRI which shows a 25% spondylolisthesis of L5 on S1 with disc bulging and foraminal stenosis.  There does appear to be fluid in the disc space in the disc height is severely decreased.  There does not appear to be stenosis at this level but at the L5 level there

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | FALLS, AARON ALLEN | Admit: | 8/23/2021 |
| MRN: | 12599576 | Disch: | 8/30/2021 |
| FIN: | 30644164 | Admitting: | Invergo,Darbi DO |
| DOB/Age/Sex: | 3/12/1969   / 52 years   / Male | Copy to: | Moncevais,Melanie |

---

## *History and Physical Reports*

---

### Review of Systems
as above

### Physical Exam
Awake, alert, conversant, NAD, cooperative
Pupils equal, eyes conjugate, face symmetric
Speech fluent, no dysarthria, handles secretions, voice strong
Wheelchair-bound, cannot stand for any significant amount of time
Pain located at the lumbosacral junction, Extension hurts

### Assessment/Plan
1. Spondylolisthesis at L5-S1 level M43.17
2. Foraminal stenosis of lumbosacral region M48.07

### Plan:
-OR Today for Stage 1: L5-S1 ALIF/OLIF. We will collaborate with Dr. Foroutan from trauma surgery for exposure
-We will need CT of the lumbar spine without contrast for surgical planning stat upon arrival prior to surgery
-Admit to neurosurgery for postoperative monitoring and pain control
-Plan for Stage 2: L5-S1 pedicle screw and rod fixation on Wednesday (8/25/2021)

*[Electronically Signed on: 08/23/2021 11:40 PDT]*
_____
*Samson, Hans A NP NP*

*[Electronically Signed on: 09/01/2021 11:16 PDT]*
_____
*Invergo, Darbi DO DO*

*[Verified on: 08/23/2021 11:40 PDT]*
_____
*Samson, Hans A NP NP*

may be some crowding of the nerve roots posteriorly where the lamina is listhesis anterior.  Unfortunately the x-rays were not upright and do not show what his listhesis looks like in the weightbearing position.  I have reordered these.

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

Case: 5:19cv2311  Doc: 72

Aaron Alan Falls CDCBH6927
California Health Care Facility
PO Box 213040
Stockton, CA 95213

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   5:19-02311 JWH (ADS)                    Date:  August 31, 2021

Title:  *Falls v. Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |              None Reported               |
| :-------------------------------------------: | :--------------------------------------: |
|                 Deputy Clerk                  |         Court Reporter / Recorder        |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
            None Present                                      None Present

**Proceedings:   (IN CHAMBERS) ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

On August 22, 2021, Plaintiff Aaron Alan Falls constructively filed a Motion for Extension of Time to File Opposition.[1] (Dkt. No. 69.)  Plaintiff requests an additional 90 days to file his Opposition to Defendants' Motion to Dismiss Third Amended Complaint. (See id.)  Defendants filed their Opposition on August 30, 2021.  (Dkt. No. 71.)

Having reviewed the parties' pleadings, the Court finds good cause exists and **GRANTS, IN PART**, Plaintiff's motion.  (Dkt. No. 69.)  Plaintiff must file his Opposition **by no later than November 1, 2021.**

**IT IS SO ORDERED.**

---

[1] Under the prison "mailbox rule," a pleading filed by a pro se prisoner is deemed to be filed as of the date the prisoner delivered it to prison authorities for mailing, not the date on which the pleading may have been received or filed by the court.  Houston v. Lack, 487 U.S. 266, 270 (1988); see also Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) ("[T]he Houston mailbox rule applies to § 1983 suits filed by pro se prisoners.").  In the absence of evidence to the contrary, courts have treated a pleading as delivered to prison authorities on the day the pleading was signed. See Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) ("When a prisoner gives prison authorities a habeas petition or other pleading to mail to court, the court deems the petition constructively 'filed' on the date it is signed.").

Initials of Clerk kh

DOC 74

Aaron Alan Falls CDCBH6927
California Health Care Facility
PO Box 213040
Stockton, CA 95213

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<32633244@cacd.uscourts.gov>Subject:Activity in Case 5:19-cv-02311-JWH-ADS
Aaron Alan Falls v. Alyssa Vernal Order on Motion for Appointment of Counsel Content-Type:
text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/16/2021 at 4:54 PM PDT and filed on 9/16/2021

| | |
|---|---|
| **Case Name:** | Aaron Alan Falls v. Alyssa Vernal |
| **Case Number:** | 5:19-cv-02311-JWH-ADS |
| **Filer:** | |
| **Document Number:** | 74 |

**Docket Text:**
**MINUTE (IN CHAMBERS) ORDER DENYING REQUEST FOR APPOINTMENT OF
COUNSEL by Magistrate Judge Autumn D. Spaeth. The Court grants, in part, Plaintiff's
Request for Appointment of Counsel. (Dkt. No. [70].) At this juncture, counsel is appointed for
the limited purposes of (1) defending against Defendants' pending motion to dismiss and (2) for
participation in a settlement. The Court denies the Request for Assistance from the Court as
moot. (Dkt. No. [73].) (see document for further details) (hr)**

**5:19-cv-02311-JWH-ADS Notice has been electronically mailed to:**
Nicole Rene Roggeveen    dlenz@colehuber.com, rbolin@colehuber.com,
nroggeveen@colehuber.com
**5:19-cv-02311-JWH-ADS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Aaron Alan Falls
CDC BH6927
D-5B - 107
California Health Care Facility
PO Box 213040
Stockton CA 95213
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311-JWH-ADS                          Date:  September 16, 2021

Title:  *Falls v. Cty. of Riverside, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|              Kristee Hopkins               |            None Reported             |
| :----------------------------------------: | :----------------------------------: |
|                Deputy Clerk                |       Court Reporter / Recorder      |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :-----------------------------------: | :-----------------------------------: |
|             None Present              |             None Present              |

**Proceedings:**     **(IN CHAMBERS) ORDER DENYING REQUEST FOR
                      APPOINTMENT OF COUNSEL**

Before the Court is an Application for Appointment of Counsel, (Dkt. No. 70), and a Request for Assistance from the Court, (Dkt. No. 73), filed by Plaintiff Aaron Alan Falls. Defendants oppose Plaintiff's request for appointment of counsel. (Dkt. No. 71.) Having reviewed the pleadings, the legal authority, and the record in this case, the Court GRANTS, IN PART, Plaintiff's motion.

There is no constitutional right to appointment of counsel for Section 1983 claims. See Campbell v. Burt, 141 F.3d 927, 931 (9th Cir. 1998) (citing Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981)). A court has discretion to request counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). A court may do so only under "exceptional circumstances." Agyeman v. Corr. Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). To determine whether exceptional circumstances exist, a court must consider the litigant's likelihood of success on the merits as well as the ability of the litigant to articulate his claims pro se in light of the complexity of the legal issues involved in the case. See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).

After an evaluation of both the likelihood of success on the merits and Plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved, the Court finds that exceptional circumstances exist. Accordingly, the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   5:19-02311-JWH-ADS                                              Date:  September 16, 2021

Title:   *Falls v. Cty. of Riverside, et al.*

grants, in part, Plaintiff's Request for Appointment of Counsel.  (Dkt. No. 70.)  At this juncture, counsel is appointed for the limited purposes of (1) defending against Defendants' pending motion to dismiss and (2) for participation in a settlement.  The Court denies the Request for Assistance from the Court as moot.  (Dkt. No. 73.)

**IT IS SO ORDERED.**

Initials of Clerk kh

**cc: Jeanne Wanlass**

DOC 75

Case: 5:19cv2311  Doc: 75

Aaron Alan Falls CDCBH6927
California Health Care Facility
PO Box 213040
Stockton, CA 95213

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<32634706@cacd.uscourts.gov>Subject:Activity in Case 5:19-cv-02311-JWH-ADS
Aaron Alan Falls v. Alyssa Vernal Minutes of In Chambers Order/Directive - no proceeding held
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/17/2021 at 9:13 AM PDT and filed on 9/17/2021

| | |
|---|---|
| **Case Name:** | Aaron Alan Falls v. Alyssa Vernal |
| **Case Number:** | 5:19-cv-02311-JWH-ADS |
| **Filer:** | |
| **Document Number:** | 75 |

**Docket Text:**
**AMENDED MINUTE (IN CHAMBERS) ORDER GRANTING, IN PART, PLAINTIFF'S
REQUEST FOR APPOINTMENT OF COUNSEL by Magistrate Judge Autumn D. Spaeth,
amending MINUTE (IN CHAMBERS) ORDER DENYING REQUEST FOR APPOINTMENT
OF COUNSEL [74]. The Court grants, in part, Plaintiff's Request for Appointment of Counsel.
(Dkt. No. [70].) At this juncture, counsel is appointed for the limited purposes of (1) defending
against Defendants' pending motion to dismiss and (2) for participation in a settlement. The
Court denies the Request for Assistance from the Court as moot. (Dkt. No. [73].) (see document
for further details) (hr)**

**5:19-cv-02311-JWH-ADS Notice has been electronically mailed to:**
Nicole Rene Roggeveen    dlenz@colehuber.com, rbolin@colehuber.com,
nroggeveen@colehuber.com
**5:19-cv-02311-JWH-ADS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Aaron Alan Falls
CDC BH6927
D-5B - 107
California Health Care Facility
PO Box 213040
Stockton CA 95213
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   5:19-02311-JWH-ADS                                        Date:  September 17, 2021

Title:  _Falls v. Cty. of Riverside, et al._

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|     Kristee Hopkins     |     None Reported     |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

|     Attorney(s) Present for Plaintiff(s):     |     Attorney(s) Present for Defendant(s):     |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**          **(IN CHAMBERS) AMENDED ORDER GRANTING, IN PART, PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

Before the Court is an Application for Appointment of Counsel, (Dkt. No. 70), and a Request for Assistance from the Court, (Dkt. No. 73), filed by Plaintiff Aaron Alan Falls.  Defendants oppose Plaintiff's request for appointment of counsel.  (Dkt. No. 71.)  Having reviewed the pleadings, the legal authority, and the record in this case, the Court GRANTS, IN PART, Plaintiff's motion.

There is no constitutional right to appointment of counsel for Section 1983 claims.  See Campbell v. Burt, 141 F.3d 927, 931 (9th Cir. 1998) (citing Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981)).  A court has discretion to request counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1).  A court may do so only under "exceptional circumstances."  Agyeman v. Corr. Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004).  To determine whether exceptional circumstances exist, a court must consider the litigant's likelihood of success on the merits as well as the ability of the litigant to articulate his claims pro se in light of the complexity of the legal issues involved in the case.  See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).

After an evaluation of both the likelihood of success on the merits and Plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02311-JWH-ADS                                      Date:  September 17, 2021

Title:  *Falls v. Cty. of Riverside, et al.*

involved, the Court finds that exceptional circumstances exist.  Accordingly, the Court
grants, in part, Plaintiff's Request for Appointment of Counsel.  (Dkt. No. 70.)  At this
juncture, counsel is appointed for the limited purposes of (1) defending against
Defendants' pending motion to dismiss and (2) for participation in a settlement.  The
Court denies the Request for Assistance from the Court as moot.  (Dkt. No. 73.)

**IT IS SO ORDERED.**

Initials of Clerk kh

**cc: Jeanne Wanlass**

Aaron A. Falls # 84427
PO Box 213040, DSB-107
Stockton CA. 95213

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET ROOM 180
LOS ANGELES CA. 90012









ADS