UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:19-02311 JWH (ADS)                    Date: January 5, 2022

Title: *Falls v. Vernal, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING TELEPHONIC HEARING ON MOTION FOR EXTENSION OF TIME**

Before the Court is a Motion for Extension of Time filed by Plaintiff Aaron A. Falls. (Dkt. No. 78.) This motion relates to Defendants' Motion to Dismiss Third Amended Complaint, which was filed on June 22, 2021. (Dkt. No. 56.)

The Court hereby sets a telephonic hearing on the Motion for Extension of Time for February 9, 2022 at 10:00 a.m. Call information will be provided separately.

**IT IS SO ORDERED.**

Initials of Clerk kh