UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ALAN FALLS,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA VERNAL, et al.,<br><br>Defendants. | Case No. 5:19-02311 JWH (ADS)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Plaintiff Aaron Alan Falls, CDCR #BH6927, a necessary and material witness in proceedings scheduled for March 16, 2022. Plaintiff is confined in California Health Care Facility, P.O. Box 213040, Stockton, CA 95213, to the custody of the Warden. To secure this inmate's *video* attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the United States Magistrate Judge Autumn D. Spaeth on March 16, 2022, at 10:00 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a telephonic hearing on March 16, 2022, at 10:00 a.m., until the completion of the hearing or as ordered by Judge Spaeth; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** Warden, California Health Care Facility, P.O. Box 213040, Stockton, CA 95213

**WE COMMAND** you to produce the inmate named above to testify before Judge Spaeth by telephone at the time and place above, until the completion of the hearing or as ordered by Judge Spaeth. After the conclusion of the hearing, the inmate is to be returned to the above institution on the same day.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 16, 2022

          /s/ Autumn D. Spaeth
         THE HONORABLE AUTUMN D. SPAETH
         United States Magistrate Judge