**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AARON ALAN FALLS,

       Plaintiff,                      No. EDCV 19-02311-JWH(ADS)

  v.

ALYSSA VERNAL, et al.                      **AMENDED**

       Defendants.                   **ORDER & WRIT OF HABEAS CORPUS**
                                                         /           **AD TESTIFICANDUM**

       **AARON ALAN FALLS, Inmate # BH6927 a necessary and material witness in proceedings in this case on June 14, 2022**, is confined in Richard J. Donovan Correctional Facility - San Diego - located 480 Alta Road, San Diego, CA 92179 in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum to issue commanding the custodian to produce the inmate **by VIDEO** using **ZOOM** before Magistrate Judge Shashi H. Kewalramani on **June 14, 2022** at **10:00 am.**

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Shashi H. Kewalramani;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**  Warden of

**To:**        Richard J. Donovan Correctional Facility- San Diego, CA 9217:

       **WE COMMAND** you to produce the inmate named above to testify before Judge Shashi H. Kewalramani **by VIDEO** using **ZOOM** at United States District Court, at the time and place above, until completion of the mediation conference or as ordered by Judge Shashi H. Kewalramani; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:    May 25, 2022

                                                              Shashi H. Kewalramani
                                                           United States Magistrate Judge