UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:19-02311 JWH (ADS)　　　　　　　　　　Date: February 8, 2023

Title: *Aaron Alan Falls v. Alyssa Vernal, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 02/08/2023 |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| Tess M. Messiha | Nicole R. Roggeveen |
| David M. Stein | |

**Proceedings:**　　DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [143]

Case is called for hearing. Appearances entered. Argument by counsel as reflected on the record.

Defendants' motion [143] is TAKEN UNDER SUBMISSION.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:55
　　　　　　　　　　　　　　　　　　Initials of Preparer　　kh