# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ALAN FALLS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY PEREZ, ALYSSA VERNAL, THE COUNTY OF RIVERSIDE, and RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | Case No. 5:19-02311 JWH (ADS)<br><br>**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment [ECF No. 143], Plaintiff's Opposition to Defendants' Motion for Summary Judgment [ECF No. 152], Defendants' Request for Judicial Notice [ECF No. 144], the parties' related filings [ECF Nos. 145-48 & 153-63], the Report and Recommendation of United States Magistrate Judge Granting in Part Defendants' Motion for Summary Judgment [ECF No. 165], Plaintiff's Objections to Report and Recommendation of United States Magistrate Judge [ECF No. 166], and Defendants' Reply to Plaintiff's Objections to Report and Recommendation of United States Magistrate Judge [ECF No. 167]. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made, and the Court hereby **OVERRULES** the objections.

The Court **ACCEPTS** the findings and recommendations of the Magistrate Judge.

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation [ECF No. 165] is **ACCEPTED**.
2. Defendants' Motion for Summary Judgment [ECF No. 143] is **GRANTED in part**.
3. Defendants' Request for Judicial Notice [ECF No. 144] is **GRANTED** in its entirety.
4. The case is **DISMISSED without prejudice**.
5. Judgment shall issue accordingly.

**IT IS SO ORDERED.**

Dated: June 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE