# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ALAN FALLS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY PEREZ, ALYSSA VERNAL, THE COUNTY OF RIVERSIDE, and RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | Case No. 5:19-02311 JWH (ADS)<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting United States Magistrate Judge's Report and Recommendation" filed substantially concurrently herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), 2201(a), & 2202.

2. The operative pleading is "Plaintiff's Fourth Amended Complaint Pursuant to 42 U.S.C. § 1983, in Violation of the Eighth Amendment to the United States Constitution" (the "Complaint") [ECF No. 111] of Plaintiff Aaron Alan Falls.

3. Defendants Maria C. Cudal, M.D.; Deputy Barrows; Sergeant Conn; Alyssa Vernal (in her official capacity); and all Does Defendants were previously **DISMISSED.**

4. This action is **DISMISSED without prejudice.**

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: June 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE