# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Jessica Pels | 2a. Contact Phone Number: (949) 752-7100 | 3a. Contact E-mail Address: jpels@brownrudnick.com |
| 1b. Attorney Name (if different): Tess M. Messiha | 2b. Attorney Phone Number: (949) 752-7100 | 3b. Attorney E-mail Address: tmessiha@brownrudnick.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
BROWN RUDNICK LLP
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612

**5. Name & Role of Party Represented:** Plaintiff Aaron Alan Falls
**6. Case Name:** Aaron Alan Falls v. Alyssa Vernal, et al.
**7a. District Court Case Number:** 5:19-02311 JWH (ADS)
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CS 02/08/2023

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | FORMAT | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|
| 02/08/2023 | 162 | Spaeth | MOTION FOR SUMMARY JUDGMENT | PDF (email) | | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** August 24, 2023   **Signature:** /s/ Tess M. Messiha

G-120 (06/18)